IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **MAXIE MCNABB,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06cv664-MHT |
| ) | |
| **SANDERS LEAD COMPANY, INC.,** ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF APPEARANCE

COMES NOW, N.J. Cervera, Frank P. Ralph, Grady A. Reeves and Matthew M. Baker, and file their Notice of Appearance on behalf of the Defendant, Sanders Lead Company, Inc.

Respectfully submitted this the 16th day of November, 2006.

                                                             s/ N.J. Cervera
                                                             N.J. Cervera (CER001)

                                                             s/ Frank P. Ralph
                                                             Frank P. Ralph (RAL002)

                                                             s/ Grady A. Reeves
                                                             Grady A. Reeves (REE042)

                                                             s/ Matthew M. Baker
                                                             Matthew M. Baker (BAK017)

OF COUNSEL:
CERVERA, RALPH, & REEVES, LLC
914 South Brundidge Street
P.O. Box 325
Troy, Alabama 36081
phone (334) 566-0116
fax    (334) 566-4073

## CERTIFICATE OF SERVICE

  I hereby certify that I have served a copy of the foregoing document by placing the same in the U.S. Mail, postage prepaid and properly addressed to:

Roderick T. Cooks, Esq.
WINSTON COOKS, LLC
The Penick Building
319 17th Street North
Birmingham, Alabama 35203

this the 16th day of November, 2006.

                  s/ Grady A. Reeves
                  OF COUNSEL