IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **MAXIE MCNABB,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06cv664-MHT |
| | ) |
| **SANDERS LEAD COMPANY, INC.,** | ) |
| | ) |
| Defendant. | ) |

## CORPORATE/CONFLICT DISCLOSURE STATEMENT

In accordance with the order of the court, the undersigned parties to the above captioned matter do hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnerships, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

There are no entities to be reported.

Respectfully submitted this the 17th day of April, 2007.

        s/ Grady A. Reeves
        Grady A. Reeves (REE042)
        N.J. Cervera (CER001)
        Frank P. Ralph (RAL002)
        Matthew M. Baker (BAK017)
        Counsel for Sanders Lead Company, Inc.

OF COUNSEL:
CERVERA, RALPH, & REEVES, LLC
914 South Brundidge Street
P.O. Box 325
Troy, Alabama 36081
phone (334) 566-0116
fax     (334) 566-4073

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 17th, 2007, the foregoing was electronically filed with the Clerk of the Court, using the CM/ECF system which will send notification of such filing to the following registered persons:

Roderick T. Cooks, Esq.
WINSTON COOKS, LLC
The Penick Building
319 17th Street North
Birmingham, Alabama 35203

this the 17th day of April, 2007.

                                                  s/ Grady A. Reeves
                                                  OF COUNSEL