IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| MAXIE McNABB, )<br>)<br>    Plaintiff, )<br>) <br>v. )<br>)<br>SANDERS LEAD COMPANY, INC., )<br>)<br>    Defendant. ) | CIVIL ACTION NO.<br>2:06cv664-MHT |

### ORDER

It is ORDERED that the motion for summary judgment (Doc. No. 9) is set for submission, without oral argument, on June 18, 2007, with any opposing brief and evidentiary materials by said date.

DONE, this the 31st day of May, 2007.

        /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE