IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| MAXIE McNABB, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>SANDERS LEAD COMPANY, INC., )<br>)<br>   Defendant. ) | CIVIL ACTION NO.<br>2:06cv664-MHT |

ORDER

It is ORDERED that plaintiff Maxie McNabb's motion for reconsideration (doc. no. 14) is set for on-the-record oral argument on June 12, 2007, at 9:00 a.m. Counsel for plaintiff McNabb is to arrange for the argument to be conducted by telephone.

It is further ORDERED that defendant Sanders Lead Company, Inc. is to file a response to the motion by June 11, 2007.

DONE, this the 7th day of June, 2007.

                                /s/ Myron H. Thompson
                          UNITED STATES DISTRICT JUDGE