IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

MAXIE McNABB,                )
                             )
    Plaintiff,               )
                             )
v.                           )      CIVIL ACTION NO.
                             )       2:06cv664-MHT
                             )
SANDERS LEAD COMPANY, INC.,  )
                             )
    Defendant.               )

### ORDER

Based upon the representations made during on-the-record oral argument on June 12, 2007, it is ORDERED as follows:

(1) Plaintiff's motion for reconsideration (Doc. No. 14) is granted to the extent that defendant's motion for summary judgment (Doc. No. 9) is reset for submission, without oral argument, on July 2, 2007, with any opposing brief and evidentiary materials due by said date.

(2) Plaintiff's motion for reconsideration (Doc. No. 14) is denied to the extent plaintiff seeks an extension of the discovery deadline.

DONE, this the 13th day of June, 2007.


                    /s/ Myron H. Thompson
                  UNITED STATES DISTRICT JUDGE