## UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

June 19, 2007

# NOTICE OF ERROR

**To:**      **All Counsel of Record**

**Case Style:   McNabb v. Sanders Lead Company, Inc.**

**Case Number:    2:06cv00664-MHT**

**Referenced Pleading:    Notice of Appearance**

**Docket Entry Number:    19**

**The referenced pleading was filed on \*\*\*June 18, 2007\*\*\* in this case and is hereby STRICKEN as a duplicate docket entry.  This pleading was E-filed by counsel.**

**Docket Entry 19 was an erroneous duplicate docket entry.  Parties are instructed to disregard #19 docketing entry and refer to docket entry #20 for correction.**