IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MAXIE MCNABB, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06cv664-MHT |
| | ) |
| SANDERS LEAD COMPANY, INC., | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Upon consideration of plaintiff's motion to compel (Doc. # 20), filed June 18, 2007, and for good cause, it is

ORDERED that defendant file a response to the motion on or before close of business, June 26, 2007.

Done, this 19th day of June, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE