# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| **MAXIE MCNABB,** | ) | |
| | ) | |
| **Plaintiff** | ) | **CIVIL ACTION NO:** |
| | ) | **2:06-0664-MHT** |
| **v.** | ) | |
| | ) | |
| **SANDERS LEAD COMPANY, INC.** | ) | |
| | ) | |
| **Defendant.** | ) | |

### <u>PLAINTIFF'S SUPPLEMENTAL EVIDENTIARY SUBMISSION[1]</u>

Comes Now, the Plaintiff, Maxie McNabb, by and through his undersigned counsel of record and submits the following evidence in support of Plaintiff's Memorandum in Opposition to Defendant's Motion for Summary Judgment. The Plaintiff would show unto the Court as follows:

1.     Plaintiff's Exhibit 1-McNabb Declaration

2.     Plaintiff's Exhibit 2-Business Report

3.     Plaintiff's Exhibit 3-Casting/Alloy Job Description

4.     Plaintiff's Exhibit 4-Physical Exam Reports

5.      Plaintiff's Exhibit 5-Annual Performance Reviews 2005

6.     Plaintiff's Exhibit 6-Letters Regarding Reduction in Force

---

[1]Because of the size of Plaintiff's Exhibits 12 and 20, the Plaintiff had to break them down into Exhibits 12 and 12-A and Exhibits 20 and 20-A, respectively.

7.     Plaintiff's Exhibit 7-Notice of Claim and Request for Separation Information

8.     Plaintiff's Exhibit 8-EEOC Statement of Position

9.      Plaintiff's Exhibit 9-Change of Employee Status Form

10.    Plaintiff's Exhibit 10-March 7, 2006 Job Advertisement

11.    Plaintiff's Exhibit 11-Employment Eligibility Verification Form

12.    Plaintiff's Exhibit 12 & 12-A-Job Advertisements

13.    Plaintiff's Exhibit 13-Employee Roster

14.     Plaintiff's Exhibit 14-March 31, 2006 EEOC Charge

15.    Plaintiff's Exhibit 15-Notice of Charge of Discrimination

16.    Plaintiff's Exhibit 16-Affidavit of Maxie McNabb

17.    Plaintiff's Exhibit 17-July 13, 2006 EEOC Charge

18.     Plaintiff's Exhibit 18-Plaintiff's First Interrogatories

19.    Plaintiff's Exhibit 19-Defendant's Responses to Plaintiff's First Interrogatories

20.    Plaintiff's Exhibit 20 & 20-A-Job Applications

Respectfully submitted,

/s/Roderick T. Cooks
Attorney for the Plaintiff

**OF COUNSEL:**
WINSTON COOKS, LLC
The Penick Building
319-17th Street North
Birmingham, AL 35203

2

Tel:  (205)502-0970
Fax: (205)251-0231
email: rcooks@winstoncooks.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have served a copy of the foregoing document on all persons listed below by CMF/Electronic Mail and/or U. S. Mail, postage prepaid and addressed to them as follows:

Matthew M. Baker, Esq.
Cervera, Ralph & Reeves, LLC
P.O. Box 325
914 South Brundidge Street
Troy, Alabama 36081
(334) 566-0116

Done this the 3rd  day of July, 2007.

s/Roderick T. Cooks
Of Counsel

Ex. 4

# PIKE INTERNAL MEDICINE, P.C.
## 1350 HWY. 231 SOUTH
## TROY, ALABAMA 36081

Date: _____ 10/12/05 _____          O/A

Sanders Lead Company
Box 707
Troy, Alabama 36081                    Re: _Norfee Mc Nam_____

The above named employee was examined on ___10-12-05_____. He/she received a medical examination and laboratory tests. No medical condition was apparent which would place the employee at increased risk of impairment to health from exposure to lead and/or arsenic so long as proper safety precautions are taken. He should be able to wear a respirator when indicated. Blood lead results are sent to you separately.

It would seem medically appropriate for this employee to continue to work at his present job at this time.

Sincerely,

Peter M. Dichiara, M.D.

G. Alan Young, M.D.

**PIKE INTERNAL MEDICINE, P.C.**
**1350 HWY. 231 SOUTH**
**TROY, ALABAMA 36081**

C/A arsenic

Date: _____4/21/05_____

Sanders Lead Company
Box 707                                    Re: _Marie McMark_____
Troy, Alabama 36081

The above named employee was examined on _____4-21-05_____. He/she received a medical examination and laboratory tests. No medical condition was apparent which would place the employee at increased risk of impairment to health from exposure to lead and/or arsenic so long as proper safety precautions are taken. He should be able to wear a respirator when indicated. Blood lead results are sent to you separately.

It would seem medically appropriate for this employee to continue to work at his present job at this time.

Sincerely,

Peter M. Dichiara, M.D.

G. Alan Young, M.D.

Ex. 5

## ANNUAL EMPLOYEE EVALUATION

Employee Name _MAXie McNabb_ Date Hired _11·17·92_ Foreman _Leon Bennett_

Shift _2#_ Department _CASt_ Date Evaluated _11-25-05_

| Process | 3 Day Tng. Class | Forklift OJT | Chemical Additions | Chemical Extractions | Work Attitude | Attendance | Quality Policy | ISO Procedures | Supervisory Skills | |
|---|---|---|---|---|---|---|---|---|---|---|
| Excellent | | | | | | | | | | |
| Sat. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | |
| Unsat. | | | | | | | | | | |

| Process | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Excellent | | | | | | | | | | |
| Sat. | | | | | | | | | | |
| Unsat. | | | | | | | | | | |

COMMENTS: _____

_____

_____

_____

_____

_____

_____

_____

Reviewed By: _____ Date Reviewed: _11·29·05_

## ANNUAL EMPLOYEE EVALUATION

Employee Name _MAXIE McNABB_   Date Hired _11-17-92_ Foreman _Leon Bennett_

Shift _2#_   Department _CASt_   Date Evaluated _9-8-05_

| Process | 3 Day Tng. Class | Forklift OJT | Chemical Additions | Chemical Extractions | Work Attitude | Attendance | Quality Policy | ISO Procedures | Supervisory Skills | |
|---|---|---|---|---|---|---|---|---|---|---|
| Excellent | | | | | | | | | | |
| Sat. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | |
| Unsat. | | | | | | | | | | |

| Process | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Excellent | | | | | | | | | | |
| Sat. | | | | | | | | | | |
| Unsat. | | | | | | | | | | |

COMMENTS: _____

_____

_____

_____

_____

_____

_____

_____

Reviewed By: _____   Date Reviewed: _9-8-05_

Ex. 6



January 17, 2006

To Whom It May Concern:

Maxie McNabb SS# 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, was put on work reduction and company reorganization on 1-05-2006.

If I can be of further assistance, please call.

Sam Kitchens
Personnel Director



SANDERS LEAD CO., INC.
TROY, ALABAMA 36081

P. O. Drawer 707

Phone: 334/566-1563

0004
MCNABB V. SANDERS LEAD



May 2, 2006

On 1-05-06 due to attempts to cut company expenses there was a company wide layoff. The layoff involved 4 people from the Casting and Alloy Department.

Thank you,

Sam Kitchens



**SANDERS LEAD CO., INC.**

TROY, ALABAMA 36081

P. O. Drawer 707                                                                 Phone: 334/566-1563

Ex. 7



UNEMPLOYMENT COMPENSATION DIVISION

a determination may be made based
solely on information furnished by the
claimant.

B241F

# NOTICE OF CLAIM AND REQUEST FOR SEPARATION INFORMATION

Return to:

SANDERS LEAD COMPANY INC
PO BOX 707
TROY AL 36081-0707

ADJUDICATION SUPPORT
ROOM 3438
649 MONROE STREET
MONTGOMERY, AL   36131
FAX NUMBER 334 353-1265

The individual identified below has filed a claim for Unemployment Compensation benefits.

1. CLAIMANT'S NAME:  MCNABB/MAXIE
2. SOCIAL SECURITY NO: 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
3. CLAIM DATE:          01/01/06
4. ACCT NUMBER:        9406403400

5. DATE MAILED:  01/09/06
6. EFFECTIVE DATE:   01/01/06
7. OFFICE–COUNTY:  6001
8. TYPE OF CLAIM:  N-01

The claimant identified you as his/her last employer and alleges the reason for separation to be:

   41    LACK OF WORK                                    LDW 01/03/06

## EMPLOYER RESPONSE (INSTRUCTIONS FOR COMPLETION ON REVERSE)

9. Claimant's last day employed was _____ 1- -06 _____
   (If temporary layoff, enter expected date of recall: _____

10. If the claimant earned wages or was paid vacation and/or sick pay or will receive a pension upon
    termination with you **on or after the date shown in item #6.** above, complete the applicable
    space(s) below:
    a. GROSS WAGES   for hours worked. **(AFTER DATE IN #6)**    $ _____

    b. HOLIDAY  $ _____ paid for which holiday ? _____

    c. VAC, SICK $ 900 00 _____ Was vacation pay for a specific time period following separation ?
    (circle one) (Yes) No If Yes what was the period ? 1-4-06 to 1-12-06 _____

    d. WARN PAY $_____ paid for period _____ to _____

    e. PENSION $ _____ per month.  Effective date: _____

11. DISCHARGED. What was the date of the final incident that caused the discharge: _____

12. WARNING FOR SAME OR SIMILAR INCIDENT :(CIRCLE ONE)  YES  NO  WARNING DATE:_____

13  QUIT: Date quit: _____  Reason for quit _____

14. REASON FOR SEPARATION: (ATTACH ADDITIONAL SHEET IF NECESSARY)
    Reorganization of Company and Reduction in force.
    2 weeks Vac Paid on 1-13-06 in one check.
    _____
    _____

15: Enter your federal identification number: _____

Sam Kitchens              Personnel        (334) 566-1563   1-10-06
Print Name                Title            Telephone No.    Date

UNEMPLOYMENT COMPENSATION AGENCY
MONTGOMERY, ALABAMA 36131

   

## EMPLOYER NOTICE OF DETERMINATION

EMPLOYER NO. 9406403400

SANDERS LEAD COMPANY INC
PO BOX 707
TROY AL 36081-0707

| | | |
|---|---|---|
| 1. CLAIMANT'S NAME : | MCNABB/MAXIE | |
| 2. SOCIAL SECURITY NO | 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 | |
| 3. BENEFIT YEAR BEGINS: | 01/01/06 | |
| 4. EFFECTIVE DATE: | 01/01/06 | |
| 5. WEEKLY BENEFIT AMOUNT: | $220.00 | |
| 6. MAXIMUM BENEFIT AMOUNT : | $5720.00 | |
| 7. BASE PERIOD : A FOUR QUARTER PERIOD | | |
| BEGINNING QTR/YR | 4/04 | |

| | | |
|---|---|---|
| 8. DATE MAILED: | 01/23/06 |
| 9. LOCAL OFFICE: | 6001 |
| 10. TYPE OF CLAIM: | NEW |
| 11. MAIL CODE: | 9 |
| 12. CONTACT LINE: | 800-361-4524 |

A DETERMINATION HAS BEEN MADE ON THIS CLAIM HOLDING THE CLAIMANT ELIGIBLE
FOR BENEFITS.

SEE BACK OF THIS NOTICE FOR EXPLANATIONS OF MOST FREQUENT DISQUALIFICATIONS.

RIGHT TO APPEAL: This determination becomes final within 15 calendar days from date mailed unless appeal
All appeals MUST be filed by a letter addressed to the Hearings and Appeals Division, 649 Monroe Street,
Montgomery, Al 36131, or by Fax to 334-242-2084. The appeal must be received within the prescribed time
whether filed by mail or fax. Should the last calendar day for filing an appeal fall on a Saturday, Sunday or
state holiday or other office closing, the period is extended to the next business day.

NOTE: THIS NOTICE IS FOR YOUR RECORDS. IF YOU WRITE REGARDING THIS
NOTICE, SHOW CLAIMANT'S SOCIAL SECURITY NUMBER.

Ex. 8

# CERVERA, RALPH & REEVES, L.L.C.
## ATTORNEYS AT LAW

N.J. CERVERA
FRANK P. RALPH
GRADY A. REEVES

MALCOLM W. McSWEAN
RUTH L. PAWLIK
MATTHEW M. BAKER
CLIFTON F. HASTINGS

POST OFFICE BOX 325
TROY, ALABAMA 36081

914 SOUTH BRUNDIDGE STREET
TELEPHONE: (334) 566-0116
FACSIMILE: (334) 566-4073

May 4, 2006

Bernice Williams-Kimbrough
District Director
U.S. Equal Employment Opportunity Commission
Birmingham District Office - 420
Ridge Park Place
1130 22nd Street South
Birmingham, Alabama 35205

RE:    Maxie McNabb v. Sanders Lead Company, Inc.
       EEOC Charge No.:    420-2006-01686

Dear Mrs. Williams-Kimbrough:

Please find attached the Respondent's Statement of Position in response to the allegations made by the Charging Party, Mr. Maxie McNabb, in regards to EEOC Charge No: 420-2006-01686. Thank you in advance for your prompt attention to this matter.

Sincerely,

Matthew M. Baker

MB/dh

enclosure

STATEMENT OF POSITION
BY RESPONDENT
SANDERS LEAD COMPANY, INC.

MAXIE MCNABB v. SANDERS LEAD COMPANY, INC.
EEOC CHARGE NO.: 420-2006-01686

## I.
## INTRODUCTION

This Statement of Position, and all participation by Respondent in the handling of the case by the Equal Employment Opportunity Commission, is without waiver of or prejudice to any and all defenses which may be available to the Respondent. To the extent that information or documents regarding persons other than the Charging Party are or may be provided to the Commission, such is or will be done pursuant to a showing of relevancy and need on the part of the Commission and pursuant to directions by the Commission for the providing thereof. This Statement of Position states the facts to the extent of providing the situation in summary form and is neither intended, nor should be construed, as being in any way exclusive of any more detailed or additional exposition of the facts and reasons. Further, this Statement of Position provides the facts to the extent they are reflected, substantiated, or confirmed by the documentation being provided with this Statement of Position for the Commission's consideration so as to avoid reliance on verbal evidence.

## II.
## FACTS

In response to the facts alleged by the Charging Party, Respondent states as follows:

a.     Respondent admits that Mr. McNabb was employed on or about August of 1992 in the Casting and Alloy department of Sanders Lead Company, Inc.

b.     Respondent admits that Mr. McNabb was laid off in January of 2006 as part of a company wide reduction in force which was done to reduce Company expenses. Mr. McNabb was one of four employees laid off in the Casting & Alloy department.  The names and ages of the four employees laid off are as follows:
  1. The Complainant, Mr. McNabb, age 54;
  2. Kenneth Briston, age 41;
  3. Edward Meadows, age 24;
  4. Jacquez C. Williams,  age 19.

Sanders Lead Company, Inc., is attaching company records which document the ages of the four persons who were laid off. Of the four, none are  currently employed with Sanders Lead.

c.     Respondent admits that advertisements were later placed in the local newspaper concerning employment opportunities at the company, but denies that Mr. McNabb ever applied with the company for re-employment.

## III.
## ARGUMENT

At no time was Mr. McNabb discriminated against because of his age.  The company wide layoff was non-discriminatory in every way.  One of the four laid off in Mr. McNabb's department was 19 and another was 24.  If the Respondent was looking to rid itself of elderly employees, these two would have stayed on.

Further, two months later when ads were ran seeking employees, nothing prevented Mr. McNabb from applying if he wanted his job back.  He clearly knew that the ads were out there.  If he wanted to be rehired, he should have applied.

## IV.
## CONCLUSION

The Complaining Party's claims are not just unsupported by the facts but refuted by the facts.  It is accordingly submitted that the appropriate disposition of his charge should be that the evidence fails to establish any violation of the law.

Respectfully submitted this the 4 day May, 2006.

Matthew M. Baker (BAK017)
Grady A. Reeves (REE042)
Attorneys for Sanders Lead Company, Inc.
CERVERA, RALPH & REEVES, LLC
Post Office Box 325
914 South Brundidge Street
Troy, Alabama 36081
phone (334) 566-0116
fax (334) 566-4073

Ex. 9

# CHANGE OF EMPLOYEE STATUS

SLC KW-ES-10-2001PE

EMPLOYEE'S NAME _MaXie McNabb_

JOB TITLE _____    CLASSIFICATION _Laborer/Operator SHIFT_ 2#

DEPARTMENT OR LOCATION _CASt_

TIME CARD OR PAYROLL NUMBER _1751_

TODAY'S DATE _1-5-06_

## WAGE RATE CHANGE

EFFECTIVE DATE OF ACTION

PRESENT RATE _____
PERCENT RAISE _____
INCREASE AMOUNT _____
NEW RATE _____
NEW CLASSIFICATION _____

DATE OF LAST RAISE

## VACATION REQUEST

Date Vacation Starts _____
Pay For _____ Days Vacation
Other Information _____

Vacation Ends _____
Issue Vacation Check on (Date) _____

## ATTENDANCE RECORD

TOTAL DAYS OUT IN LAST SIX MONTHS _____
NUMBER OF DAYS EXCUSED _____
NUMBER OF DAYS SICK _____
NUMBER OF DAYS UNEXCUSED _____
NUMBER OF DAYS LATE _____
BLOOD LEAD _____

COMMENTS _____

## EMPLOYMENT SEPARATION

| | NUMBER OF DAYS | DATE SUSPENSION STARTS | DATE EMPLOYEE IS TO RETURN | REASON |
|---|---|---|---|---|

**SUSPENSION**

TYPE

Date _1-5-06_   Effective

**TERMINATION**
- ☒ Lay-Off
- ☐ Quit
- ☐ Fired
- ☐ Death

Gave Company ____ Days Notice

### REASON FOR TERMINATION

- ☐ Smoking in Prohibited Area
- ☐ Horseplay
- ☐ Refusal to Work
- ☐ Poor Workmanship
- ☐ Absent Without Notice
- ☐ Misconduct
- ☐ Extending Break Periods
- ☐ Quitting Before Time Agreed
- ☐ Failure to Report Injury
- ☐ Wage Garnishment
- ☐ Alcoholism
- ☐ Found Better Job
- ☐ Looking for Another Job
- ☐ Insubordination
- ☐ Pay Dissatisfaction
- ☐ Medical Recommendation
- ☐ Moving From Area
- ☐ Lack of Work
- ☐ Company Relocation
- ☒ Company Reorganization
- ☐ Labor Dispute
- ☐ Retirement
- ☐ Excessive Absenteeism
- ☐ Tardiness
- ☐ Other
- ☐ Other

Additional Comments _Reduction in work force_

### EMPLOYMENT RECOMMENDATIONS

| | Very Good | Average | Below Average |
|---|---|---|---|
| Attendance | ✓ | | |
| Attitude | ✓ | | |
| Job Knowledge | | ✓ | |
| Quality of Work | | ✓ | |
| Production Rate | | ✓ | |
| Leadership | | ✓ | |
| Decision Making | | ✓ | |
| Getting Along With Fellow Workers | ✓ | | |

Eligible for Rehire This Job?
Yes ☐    No ☐

Other Position With Company?
Yes ☐    No ☐

COMMENTS _____

Signature of Supv. _Jim Garrett_   Date _1-5-06_
Approved _____   Title _____   Date _____
Approved _____   Title _____   Date _____

Ex. 10

Tuesday, March 7, 2006

# ACCEPTING APPLICATIONS

## Autumn Ridge Apartments
### North Knox Street, Troy

Offering Apartments for Family Living.

Your choice of two and three bedroom units that come with the following amenities:

Range, Refrigerator, Dishwasher, W/D connections, Mini Blinds, Trash Removal, Pest Control, Water/Sewer, Central Heat/Air (Total Electric), On site Laundry Facility, & children's play area.

Also offering housing to those with special needs.

For more information and qualifications, Please call:

### (334) 566-1201
TDD#711



## THE MESSENG

### BUSINESS OPPO

Brick Office B

5 Metal Buildings with o with concrete

2.07 Acres, major Pike County, south o just off 231 B

A steal at $2

CALL US TOD

## Landm
ESTABLISHED IN 19



566-9000 • www.troyland

---

### Announcements

**20  Give Aways**

## Free Kittens

Have a male & a female, they must stay together, both are litter box trained. Free to good homes. Call:

**334-266-2831.**

---

### Employment

**60  Help Wanted**

## $5,000 Bonus

Nurses...

We have an opening for a Registered Nurse. Facility is open six days per week. M.S. Price prefers license required. No experience preferred, but not required. New graduates welcome! Excellent benefits programs with competitive salary...

---

## WILL CLEAN HOUSES

**30  Services**

---

### 60  Help Wanted

## Demonstrators Needed

NCIM needs people to work weekends in local grocery stores sampling products to consumers. Call:
**1-800-799-6246 Ext. 171**

or visit www.ncim.com and click on Demonstrator for info.

---

## Dump Truck Driver Needed

**334-735-2283.**

---

## Mechanic

Apply in person, any day...
No Phone Calls!
**177 Hwy. 231 • Troy Road Mart**

---

## PT Office Assistant

---

### 60  Help Wanted

## Sports Editor/ Reporter

The Andalusia Star News, an award-win-ning daily newspaper, seeks a reporter with solid writing and photography skills. Candidate must have a degree in journalism or related field, or significant experience in the newspaper, magazine or broadcast field. The candidate must have experience with page layout programs, have an eye for news and good design. The candidate must be community-minded and able to work well under pressure and at an excellent opportuni-

---

## Looking For A New Career? Check Out The Classifieds.
Ever feel like...

**Fresenius** - Medical Care of Troy is a subsidiary of Frese-nius Medical Care-North America, the nation's largest pro-vider of dialysis serv-ices.

**Sanders Lead Co.** is taking applications for all shifts in the Furnace Dept. and Casting & Alloy Dept. Applicants must be able to lift 75 - 100 lbs & & climb stairs & heights. BC/BC in-surance & 401K. Starting pay $8.
Apply at:
Sanders Lead Co. Personnel Dept.
**334-566-1563.**

## Come Grow With Us!

Ex. 11

**U.S. Department of Justice**
Immigration and Naturalization Service

OMB No. 1115-0136
**Employment Eligibility Verification**

Please read instructions carefully before completing this form. The instructions must be available during completion of this form. ANTI-DISCRIMINATION NOTICE. It is illegal to discriminate against work eligible individuals. Employers CANNOT specify which document(s) they will accept from an employee. The refusal to hire an individual because of a future expiration date may also constitute illegal discrimination.

**Section 1. Employee Information and Verification.** To be completed and signed by employee at the time employment begins.

| Print Name: Last | First | Middle Initial | Maiden Name |
|---|---|---|---|
| Edward Meadows | Edward | | |

| Address (Street Name and Number) | Apt. # | Date of Birth (month/day/year) |
|---|---|---|
| Rt 2 Box 177  Troy Al. 36079 | | 11-26-81 |

| City | State | Zip Code | Social Security # |
|---|---|---|---|
| | | | 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 |

I am aware that federal law provides for imprisonment and/or fines for false statements or use of false documents in connection with the completion of this form.

I attest, under penalty of perjury, that I am (check one of the following):
☐ A citizen or national of the United States
☐ A Lawful Permanent Resident (Alien # A _____)
☐ An alien authorized to work until ___/___/___
   (Alien # or Admission #)

| Employee's Signature | Date (month/day/year) |
|---|---|
| Edward Meadows | 6-08-04 |

**Preparer and/or Translator Certification.** (To be completed and signed if Section 1 is prepared by a person other than the employee.) I attest, under penalty of perjury, that I have assisted in the completion of this form and that to the best of my knowledge the information is true and correct.

| Preparer's/Translator's Signature | Print Name |
|---|---|
| | |

| Address (Street Name and Number, City, State, Zip Code) | Date (month/day/year) |
|---|---|
| | |

**Section 2. Employer Review and Verification.** To be completed and signed by employer. Examine one document from List A OR examine one document from List B and one from List C as listed on the reverse of this form and record the title, number and expiration date, if any, of the document(s)

| | List A | OR | List B | AND | List C |
|---|---|---|---|---|---|
| Document title: | | ID | | | SSC |
| Issuing authority: | | AL | | | |
| Document #: | | I540715 | | | |
| Expiration Date (if any): | | 4/24/09 | | | |
| Document #: | | | | | |
| Expiration Date (if any): | | | | | |

CERTIFICATION - I attest, under penalty of perjury, that I have examined the document(s) presented by the above-named employee, that the above-listed document(s) appear to be genuine and to relate to the employee named, that the employee began employment on (month/day/year) ___/___/___ and that to the best of my knowledge the employee is eligible to work in the United States. (State employment agencies may omit the date the employee began employment).

| Signature of Employer or Authorized Representative | Print Name | Title |
|---|---|---|
| Sam Kitchens | Sam L. Kitchens | Personnel |

| Business or Organization Name | Address (Street Name and Number, City, State, Zip Code) | Date (month/day/year) |
|---|---|---|
| | | 6-8-04 |

**Section 3. Updating and Reverification.** To be completed and signed by employer.

| A. New Name (if applicable) | B. Date of rehire (month/day/year) (if applicable) |
|---|---|
| | |

C. If employee's previous grant of work authorization has expired, provide the information below for the document that establishes current employment eligibility.

| Document Title: | Document #: | Expiration Date (if any): ___/___/___ |
|---|---|---|

I attest, under penalty of perjury, that to the best of my knowledge, this employee is eligible to work in the United States, and if the employee presented document(s), the document(s) I have examined appear to be genuine and to relate to the individual.

| Signature of Employer or Authorized Representative | Date (month/day/year) |
|---|---|
| | |

Form I-9 (Rev. 11-21-91) N

Ex. 12

# PROOF OF PUBLICATION

**State of Alabama**

**Pike County**

Personally appeared before me, the undersigned authority:

*Sharron Smith*
*Classified Ad Manager, The Troy Messenger*

who being duly sworn, says that the attached "Help Wanted Ad"

appeared in _5_ successive issues of

The Troy Messenger, a weekly newspaper published in said county,

on the following dates:

March 22, March 24, March 26,
March 29 and March 31, 2006.

This the _25th_ day of _January_, 2007.

_Sharron H. Smith_

Sworn to and subscribed before me this _25th_ day of

_January_, 2007.

_Charity Welcher_
Notary Public
My commission expires _____

MY COMMISSION EXPIRES SEPT. 25, 2009

Come Grow With Us!

**Sanders Lead Co.**

is taking applications for all shifts in the Furnace Dept. and Casting & Alloy Dept. Applicants must be able to lift 75 - 100 lbs & climb some heights. BC/BC Insurance & 401k. Starting pay $8. Apply at:

**Sanders Lead Co.**
Personnel Dept.
334-566-1563.

McNabb v. Sanders Lead Co., Inc.

0063

# PROOF OF PUBLICATION

**STATE OF ALABAMA**

**BUTLER COUNTY**

Personally appeared before me, the undersigned

authority:

*Sharron Smith*
*Classified Ad Manager, The Greenville Advocate*

who being duly sworn, says that the attached "Help Wanted

Ad" appeared in _____3_____ successive issues of

The Greenville Advocate, a weekly newspaper published in

said county, on the following dates:

March 22, March 25

and March 29 , 2006.

This the 25th day of January , 2007.

*Sharron H Smith*

Sworn to and subscribed before me this 25th

day of January , 2007.

*Charity Welcher*
Notary Public.

My commission expires MY COMMISSION EXPIRES SEPT. 25, 2009



**Come Grow With Us!**

**Sanders Lead Co.**

is taking applications for all shifts in the Furnace Dept. and Casting & Alloy Dept. Applicants must be able to lift 75 - 100 lbs & climb some heights. BC/BC insurance & 401k. Starting pay $8. Apply at: **Sanders Lead Co.** Personnel Dept. 334-566-1563.

# PROOF OF PUBLICATION

**STATE OF ALABAMA**

**CRENSHAW COUNTY**

Personally appeared before me, the undersigned authority:

*Sharron Smith*
*Classified Ad Manager, The Luverne Journal*

who being duly sworn, says that the attached "Help Wanted Ad" appeared in ____2____ successive issues of

The Luverne Journal, a weekly newspaper published in said county, on the following dates:

_March 23 and March 30_, 2006.

This the _25th_ day of _January_, 2007.

_Sharron H Smith_

Sworn to and subscribed before me this _25th_ day of _January_, 2007.

_Charity Welcher_
Notary Public.
My commission expires MY COMMISSION EXPIRES SEPT. 25, 2009

Come Grow With Us!

Sanders Lead Co. is taking applications for all shifts in the Furnace Dept. and Casting & Alloy Dept. Applicants must be able to lift 75 - 100 lbs & climb some heights. BC/BC insurance & 401k. Starting pay $8. Apply at: Sanders Lead Co. Personnel Dept. 334-566-1563.

McNabb v. Sanders Lead Co., Inc.

0065

# PROOF OF PUBLICATION

**State of Alabama**

**Pike County**

Personally appeared before me, the undersigned authority:

*Sharron Smith*
*Classified Ad Manager, The Troy Messenger*

who being duly sworn, says that the attached "Help Wanted Ad"

appeared in ___3___ successive issues of

The Troy Messenger, a weekly newspaper published in said county,

on the following dates:

March 10, March 12 and March 15, 2006.

This the 25th day of January, 2007.

*Sharron H Smith*

Sworn to and subscribed before me this 25th day of

January, 2007.

*Charity Welcher*
Notary Public

My commission expires MY COMMISSION EXPIRES SEPT. 25, 2009

**Come Grow With Us!**

Sanders Lead Co. is taking applications for all shifts in the Furnace Dept. and Casting & Alloy Dept. Applicants must be able to lift 75 - 100 lbs. & climb some heights. BC/BC insurance & 401k. Starting pay $8. Apply at: Sanders Lead Co. Personnel Dept. 334-566-1563.

McNabb v. Sanders Lead Co, Inc.

0067

Ex. 12-A

# PROOF OF PUBLICATION

**STATE OF ALABAMA**

**BUTLER COUNTY**

       Personally appeared before me, the undersigned

authority:

*Sharron Smith*
*Classified Ad Manager, The Greenville Advocate*

who being duly sworn, says that the attached "Help Wanted

Ad" appeared in _____2_____ successive issues of

The Greenville Advocate, a weekly newspaper published in

said county, on the following dates:



March 11 and March 15, 2006.

This the 25th day of January, 2007.

*Sharron H Smith*

Sworn to and subscribed before me this 25th

day of _____January_____, 2007.

*Charity Welcher*
             Notary Public.

My commission expires ~~MY COMMISSION EXPIRES SEPT. 25, 2009~~

# PROOF OF PUBLICATION

**STATE OF ALABAMA**

**CRENSHAW COUNTY**

      Personally appeared before me, the undersigned authority:

*Sharron Smith*
*Classified Ad Manager, The Luverne Journal*

who being duly sworn, says that the attached "Help Wanted Ad" appeared in _____ successive issues of

The Luverne Journal, a weekly newspaper published in said county, on the following dates:

_____

_____

_____

_____ March 16 _____, 2006.

This the 25th day of January, 2007.

*Sharron N Smith*

      Sworn to and subscribed before me this 25th day of _____ January _____, 2007.

*Charity Welcher*

          Notary Public.

My commission expires MY COMMISSION EXPIRES SEPT. 25, 2009 _____

**Come Grow With Us!**

Sanders Lead Co.
is taking applications
for all shifts in the
Furnace Dept. and
Casting & Alloy Dept.
Applicants must be
able to lift 75 - 100
lbs & climb some
heights. BC/BC in-
surance & 401k.
Starting pay $8.
Apply at
Sanders Lead Co.
Personnel Dept.
334-566-1563.

McNabb v. Sanders Lead Co., Inc.

0069

# PROOF OF PUBLICATION

**State of Alabama**

**Pike County**

Personally appeared before me, the undersigned authority:

*Sharron Smith*
*Classified Ad Manager, The Troy Messenger*

who being duly sworn, says that the attached "Help Wanted Ad"

appeared in ___6___ successive issues of

The Troy Messenger, a weekly newspaper published in said county,

on the following dates:

June 7, June 9, June 11, June 14,
June 16 and June 18 , 2006.

This the __25th__ day of __January__ , 2007.

*Sharron H Smith*

Sworn to and subscribed before me this __25th__ day of

__January__ , 2007.

*Charity Welcher*
Notary Public
My commission expires __MY COMMISSION EXPIRES SEPT. 25, 2009__

> **Welder/
> Maintenance
> Person**
> Experience prefer-
> red, but not required,
> salary based on ex-
> perience. Apply at
> Sanders Lead Co.
> Personnel Dept.
> 334-566-1563

McNabb v. Sanders Lead Co., Inc.

0071

# PROOF OF PUBLICATION

**STATE OF ALABAMA**

**BUTLER COUNTY**

Personally appeared before me, the undersigned

authority:

*Sharron Smith*
*Classified Ad Manager, The Greenville Advocate*

who being duly sworn, says that the attached "Help Wanted

Ad" appeared in _____4_____ successive issues of

The Greenville Advocate, a weekly newspaper published in

said county, on the following dates:

June 10, June 14, June 17

and June 21, 2006.

This the 25th day of January, 2007.

*Sharron H. Smith*

Sworn to and subscribed before me this 25th

day of _____January_____, 2007.

*Charity Welcher*
Notary Public.

My commission expires MY COMMISSION EXPIRES SEPT. 25, 2009

**Welder/
Maintenance
Person**
Experience prefer-
red, but not required,
salary based on ex-
perience. Apply at:
Sanders Lead Co.
Personnel Dept.
334-506-1563

McNabb v. Sanders Lead Co., Inc.

0072

# PROOF OF PUBLICATION

**STATE OF ALABAMA**

**CRENSHAW COUNTY**

       Personally appeared before me, the undersigned authority:

*Sharron Smith*
*Classified Ad Manager, The Luverne Journal*

who being duly sworn, says that the attached "Help Wanted Ad" appeared in _____2_____ successive issues of

The Luverne Journal, a weekly newspaper published in said county, on the following dates:

_____

_____

_____

_____June 15 and June 22_____, 2006.

This the _25th_ day of _January_, 2007.

_Sharron H Smith_

      Sworn to and subscribed before me this _25th_ day of _January_, 2007.

_Charity Welcher_

         Notary Public.
My commission expires MY COMMISSION EXPIRES SEPT. 25, 2009

**Welder/ Maintenance Person**
Experience prefer-red, but not required. Salary based on ex-perience. Apply at: Sanders Lead Co. Personnel Dept. 334-566-1563

McNabb v. Sanders Lead Co., Inc.
0073

Ex. 13

01/24/07                     Sanders Lead Company, Inc.                          Page 1

| Employee Name | Department | Date of Birth | Date of Hire |
| --- | --- | --- | --- |
| ALEXANDER, MATTHEW D | CASTING & ALLOYING | 09/07/1978 | 06/16/2006 |
| BERRY SR, FRED L | CASTING & ALLOYING | 08/06/1956 | 09/12/2006 |
| BOSWELL, SANDY A | CASTING & ALLOYING | 12/29/1984 | 04/21/2006 |
| BOYD, JOHN E | CASTING & ALLOYING | 10/18/1964 | 05/19/2006 |
| BOYKIN, ROBERT D | CASTING & ALLOYING | 11/08/1984 | 10/24/2006 |
| BRUNDIDGE  JR, ROBERT E | CASTING & ALLOYING | 04/27/1977 | 05/05/2006 |
| CARLISLE, JAMES B | CASTING & ALLOYING | 07/20/1972 | 11/17/2006 |
| CHAMBERS, CHRISTOPHER B | CASTING & ALLOYING | 01/01/1979 | 09/22/2006 |
| CLARK, CORNELIUS | CASTING & ALLOYING | 06/23/1985 | 04/05/2006 |
| COLLINS, DEMOND T | CASTING & ALLOYING | 03/06/1974 | 03/30/2006 |
| COYLE, DAVID L | CASTING & ALLOYING | 10/31/1963 | 05/26/2006 |
| DIXON, ALENDA E | CASTING & ALLOYING | 11/04/1969 | 04/11/2006 |
| FAISON, RODERICK | CASTING & ALLOYING | 02/25/1961 | 11/27/2006 |
| FEAGIN, LONNIE C | CASTING & ALLOYING | 11/17/1958 | 07/07/2006 |
| GAMBLE  JR, TONY L | CASTING & ALLOYING | 11/23/1980 | 11/06/2006 |
| GILBERT, KENYATA | CASTING & ALLOYING | 08/09/1986 | 05/26/2006 |
| GRAHAM, TONY D | CASTING & ALLOYING | 08/25/1984 | 08/11/2006 |
| GRICE, LEDON A | CASTING & ALLOYING | 02/29/1980 | 10/20/2006 |
| HALL, ZANE B | CASTING & ALLOYING | 11/05/1986 | 10/20/2006 |
| HANNAH, JONAS R | CASTING & ALLOYING | 03/29/1976 | 10/20/2006 |
| HARLEY, II, RANDOLPH E | CASTING & ALLOYING | 11/03/1986 | 04/27/2006 |
| HARRIS, LYDELL | CASTING & ALLOYING | 08/08/1976 | 09/01/2006 |
| JACKSON, JERRELL T | CASTING & ALLOYING | 11/29/1968 | 06/09/2006 |
| JONES, JEREMIAH | CASTING & ALLOYING | 01/07/1967 | 09/01/2006 |
| JONES, TRENTON L | CASTING & ALLOYING | 04/02/1974 | 09/05/2006 |
| LIGHTFOOT, JOSEPH D | CASTING & ALLOYING | 07/20/1980 | 09/26/2006 |
| MARSHALL, RANDY | CASTING & ALLOYING | 12/17/1967 | 02/17/2006 |
| MC CRAY, MITCHELL E | CASTING & ALLOYING | 05/18/1957 | 05/12/2006 |
| MC GREW, KAUNTA K | CASTING & ALLOYING | 02/07/1977 | 03/31/2006 |
| MC NABB, DARRIAN Q | CASTING & ALLOYING | 08/06/1986 | 04/25/2006 |
| MC NABB, DESMUND T | CASTING & ALLOYING | 05/08/1988 | 08/04/2006 |
| MEADOWS  JR, EDDIE R | CASTING & ALLOYING | 01/06/1984 | 07/27/2006 |
| MINCEY, JOE F | CASTING & ALLOYING | 04/16/1963 | 11/03/2006 |
| ORUM JR, LEON | CASTING & ALLOYING | 06/22/1966 | 01/20/2006 |
| PENNINGTON, TERRANCE T | CASTING & ALLOYING | 04/23/1988 | 06/09/2006 |
| PIERRE, MANACH | CASTING & ALLOYING | 01/12/1975 | 10/06/2006 |
| PRICE, ADRIAN S | CASTING & ALLOYING | 01/28/1977 | 10/27/2006 |
| ROUSE, ELIJAH R | CASTING & ALLOYING | 05/23/1975 | 11/18/2006 |
| SCOTT, ROBERT L | CASTING & ALLOYING | 10/02/1966 | 03/24/2006 |
| SIMS, DARIUS L | CASTING & ALLOYING | 02/09/1987 | 04/15/2006 |
| SNELL, FREDERICK T | CASTING & ALLOYING | 11/05/1979 | 03/10/2006 |
| SOLOMON, FELIX J | CASTING & ALLOYING | 08/09/1983 | 06/02/2006 |
| STARKS, MICHAEL L | CASTING & ALLOYING | 11/14/1964 | 03/06/2006 |
| SWANSON, RICCO L | CASTING & ALLOYING | 05/28/1982 | 07/22/2006 |
| THOMAS, JAMES V | CASTING & ALLOYING | 04/20/1960 | 12/18/2006 |
| THOMAS, MICHAEL S | CASTING & ALLOYING | 03/13/1985 | 02/10/2006 |
| TRUITT, MITCHELL T | CASTING & ALLOYING | 12/12/1976 | 06/23/2006 |
| TYRUES, JR, LARRY G | CASTING & ALLOYING | 03/12/1973 | 11/17/2006 |
| WARREN, BERSHACT | CASTING & ALLOYING | 10/07/1982 | 10/20/2006 |
| WASHINGTON, HENRY E | CASTING & ALLOYING | 05/14/1964 | 11/17/2006 |
| WILLIAMS, ASTIN R | CASTING & ALLOYING | 08/27/1981 | 07/11/2006 |
| WILLIAMS, NICHOULAS O | CASTING & ALLOYING | 06/24/1985 | 06/12/2006 |
| ZEIGLER, DERICK D | CASTING & ALLOYING | 03/02/1983 | 09/22/2006 |
| ADAMS, JERMAINE T | FURNACE | 10/11/1975 | 07/22/2006 |

01/24/07                  Sanders Lead Company, Inc.                    Page 2

| Employee Name | Department | Date of Birth | Date of Hire |
|---|---|---|---|
| ALLEN JR, THOMAS J | FURNACE | 09/14/1979 | 06/16/2006 |
| BALLARD, MICHAEL D | FURNACE | 11/23/1977 | 01/18/2006 |
| BEEMAN, RONNIE W | FURNACE | 06/26/1969 | 08/04/2006 |
| BELL, TYRESE R | FURNACE | 01/22/1974 | 03/25/2006 |
| BLAIR, JOHN D | FURNACE | 10/28/1981 | 02/21/2006 |
| BLAIR, THOMAS P | FURNACE | 11/25/1979 | 06/09/2006 |
| BOYKINS, JOHNNY R | FURNACE | 12/26/1960 | 12/18/2006 |
| BROOKS, MARCUS C | FURNACE | 12/06/1977 | 10/07/2006 |
| BROWN, AUBREY S | FURNACE | 07/07/1984 | 08/19/2006 |
| BROWN, LARRY L | FURNACE | 12/27/1978 | 02/17/2006 |
| BROWN, WILLIAM C | FURNACE | 04/29/1986 | 03/13/2006 |
| BRYANT, STEVEN D | FURNACE | 09/09/1973 | 08/23/2006 |
| CAREY, JR, NATHANIEL | FURNACE | 06/27/1954 | 07/29/2006 |
| CARLTON, DAVRELL M | FURNACE | 08/02/1986 | 12/08/2006 |
| CHAMBERS, ROBERT J | FURNACE | 09/23/1965 | 04/28/2006 |
| CLARK JR, ARTHUR L | FURNACE | 06/09/1963 | 12/09/2006 |
| COLEMAN, MAURICE L | FURNACE | 04/07/1983 | 10/27/2006 |
| COLEMAN, RICHARD D | FURNACE | 06/17/1981 | 11/03/2006 |
| COLLINS, CORNELIUS M | FURNACE | 01/24/1984 | 11/10/2006 |
| COWART, JEFFERY D | FURNACE | 02/20/1967 | 12/26/2006 |
| COWART, MARIO D | FURNACE | 11/23/1986 | 04/07/2006 |
| CRENSHAW, ANDRE L | FURNACE | 11/23/1984 | 11/01/2006 |
| CROSWELL, MICKEY L | FURNACE | 10/12/1986 | 04/08/2006 |
| CUMMINGS, FREDDIE L | FURNACE | 07/27/1966 | 02/17/2006 |
| DANIELS, ALBERT J | FURNACE | 02/17/1969 | 12/08/2006 |
| DANIELS, KENDRICK D | FURNACE | 03/30/1974 | 02/22/2006 |
| DUNCAN, ANTHONY L | FURNACE | 01/11/1971 | 03/13/2006 |
| EVANS, KEVIN D | FURNACE | 08/26/1985 | 07/17/2006 |
| FOLMAR, ADRIAN T | FURNACE | 05/17/1974 | 12/16/2006 |
| FOSTER  JR, LEO | FURNACE | 10/25/1957 | 08/22/2006 |
| FOSTER, BRYANT A | FURNACE | 04/16/1986 | 06/02/2006 |
| FOSTER, GERALD D | FURNACE | 09/02/1975 | 02/24/2006 |
| FRANKLIN, ANTONIO L | FURNACE | 02/24/1970 | 11/17/2006 |
| FULLER JR, ROGER L | FURNACE | 06/03/1988 | 09/29/2006 |
| FULLER, TYRONE R | FURNACE | 12/31/1975 | 09/29/2006 |
| GARY, JOSHUA | FURNACE | 03/05/1979 | 12/15/2006 |
| GILFORD, ROBERT A | FURNACE | 01/07/1979 | 05/23/2006 |
| GINYARD, REGINALD M | FURNACE | 09/21/1983 | 10/24/2006 |
| GLENN, VINCENT E | FURNACE | 12/28/1981 | 10/17/2006 |
| HARDIMON, JOHNNY R | FURNACE | 10/30/1975 | 09/16/2006 |
| HARRIS, DONOVAN R | FURNACE | 02/12/1986 | 06/06/2006 |
| HARRIS, SEQUOIA T | FURNACE | 02/10/1985 | 09/29/2006 |
| HERNANDEZ, OSCAR M | FURNACE | 01/05/1985 | 03/18/2006 |
| HILL, VINCENT C | FURNACE | 10/26/1964 | 09/22/2006 |
| HOLLINGHEAD, COREY D | FURNACE | 05/04/1986 | 08/18/2006 |
| HOOTEN, GREGORY B | FURNACE | 10/07/1973 | 10/06/2006 |
| HUMPHREY, ALKEYOWN J | FURNACE | 12/16/1985 | 12/01/2006 |
| JACKSON, BEN FRANK | FURNACE | 02/06/1982 | 06/16/2006 |
| JOHNSON, L V | FURNACE | 09/14/1961 | 08/04/2006 |
| JOHNSON, TED M | FURNACE | 04/19/1983 | 05/15/2006 |
| JONES, JOE L | FURNACE | 11/05/1968 | 07/14/2006 |
| JORDAN, TITUS | FURNACE | 11/26/1975 | 12/08/2006 |
| JUAREZ, SERGIO | FURNACE | 04/05/1982 | 03/18/2006 |
| KING, KELVIN A | FURNACE | 01/05/1984 | 02/28/2006 |

01/24/07                      Sanders Lead Company, Inc.                      Page 3

---

| Employee Name | Department | Date of Birth | Date of Hire |
|---|---|---|---|
| LOFTIN, DAVID L | FURNACE | 07/14/1969 | 05/19/2006 |
| LOWERY, FREDRICK N | FURNACE | 09/14/1983 | 07/14/2006 |
| MADISON JR, JAMES N | FURNACE | 07/30/1975 | 06/02/2006 |
| MAHONE, RANDY J | FURNACE | 10/04/1979 | 07/11/2006 |
| MAULDEN, CHRISTOPHER D | FURNACE | 06/14/1987 | 09/08/2006 |
| MAY, CRAIG D | FURNACE | 08/10/1965 | 10/27/2006 |
| MC BRYDE, WILLIE J | FURNACE | 07/09/1972 | 09/08/2006 |
| MC COY, JEFFERY J | FURNACE | 10/04/1987 | 10/27/2006 |
| MC CRAY, GREGG | FURNACE | 03/21/1976 | 05/19/2006 |
| MC CULLOUGH, AUNDERAUL K | FURNACE | 05/07/1984 | 09/15/2006 |
| MC GHEE, KENNETH L | FURNACE | 01/07/1980 | 06/23/2006 |
| MC NEIL, EARL O | FURNACE | 04/24/1986 | 12/02/2006 |
| MENDENHALL, JOHN D | FURNACE | 11/25/1985 | 03/13/2006 |
| MILLER, BERNARD | FURNACE | 05/24/1967 | 10/06/2006 |
| MILLER, DOMINIQUE A | FURNACE | 03/31/1984 | 10/07/2006 |
| NICKERSON, JERICO M | FURNACE | 08/30/1980 | 03/17/2006 |
| OLIVER, DEMETRIUS | FURNACE | 01/08/1978 | 05/26/2006 |
| PEOPLES, DEVIN D | FURNACE | 06/30/1984 | 07/14/2006 |
| POTTS, DEVECCHIO A | FURNACE | 04/28/1977 | 04/21/2006 |
| PRESLEY, DANIEL A | FURNACE | 12/28/1987 | 03/24/2006 |
| PRITCHETT, MAREO T | FURNACE | 09/25/1981 | 11/17/2006 |
| RAY, BILLY J | FURNACE | 11/20/1965 | 03/11/2006 |
| RAYBORN, TIMOTHY | FURNACE | 09/04/1978 | 08/14/2006 |
| RODGERS, EDRICK D | FURNACE | 11/26/1976 | 05/30/2006 |
| RODGERS, JAMES E | FURNACE | 05/29/1960 | 07/21/2006 |
| ROGERS, FRANKLIN M | FURNACE | 08/14/1986 | 01/18/2006 |
| ROUSE, JAMES A | FURNACE | 12/29/1979 | 11/10/2006 |
| RUSSAW, AARON U | FURNACE | 12/16/1980 | 10/10/2006 |
| SCOTT, MARCUS T | FURNACE | 01/17/1988 | 12/26/2006 |
| SENN, DUSTIN T | FURNACE | 09/09/1980 | 10/13/2006 |
| SEYMORE, JAMES E | FURNACE | 05/06/1966 | 03/17/2006 |
| SMILEY JR, HAROLD D | FURNACE | 07/16/1970 | 02/10/2006 |
| SMITH, DERRICK D | FURNACE | 07/11/1985 | 11/25/2006 |
| STILL, MELVIN | FURNACE | 12/29/1970 | 02/01/2006 |
| STRAUGHN, XAVIER M | FURNACE | 08/03/1981 | 07/18/2006 |
| STREETER, BOBBY T | FURNACE | 01/12/1979 | 11/03/2006 |
| STREETER, DUNCAN E | FURNACE | 03/02/1963 | 07/28/2006 |
| STRINGER, JIMMY D | FURNACE | 03/21/1983 | 08/05/2006 |
| TEAGUE, JR, WILLIE J | FURNACE | 10/05/1972 | 05/06/2006 |
| THOMPSON, JAMES A | FURNACE | 11/23/1966 | 08/04/2006 |
| TONEY JR, JOHNNIE | FURNACE | 10/04/1963 | 02/10/2006 |
| TONEY, DEANGELO M | FURNACE | 06/17/1986 | 07/11/2006 |
| VAUGHN III, ALEX | FURNACE | 05/21/1960 | 09/08/2006 |
| WASHINGTON, EARNEST L | FURNACE | 07/13/1970 | 03/31/2006 |
| WATTS, JOHN D | FURNACE | 07/07/1979 | 03/10/2006 |
| WILLIAMS, RAYFUS N | FURNACE | 05/27/1976 | 03/22/2006 |
| WOMACK, MICHAEL B | FURNACE | 02/10/1985 | 01/27/2006 |
| YOUNG, EDWARD L | FURNACE | 01/08/1960 | 11/25/2006 |
| YOUNGBLOOD, DEVARIUS A | FURNACE | 05/21/1988 | 09/01/2006 |

Ex. 14

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 420-2006-01686 |
| | | and EEOC |

State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Maxie McNabb | (334) 807-0526 | 08-30-1951 |

| Street Address | City, State and ZIP Code |
|---|---|
| 909 Crowe Street | Troy, AL 36081 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| SANDERS LEAD COMPANY | 500 or More | (334) 566-1563 |

| Street Address | City, State and ZIP Code |
|---|---|
| 81 Sanders Road | Troy, AL 36081 |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☒ AGE  ☐ DISABILITY  ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 03-01-2006    Latest: 03-01-2006

☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was employed by the above employer in August 1992 in Casting/Alloy. On or around January 5, 2006, I was laid off. There were three co-workers on my shift with less seniority. There was one person from each shift laid off in Casting. I was the oldest person laid off. All of the persons who were laid off in both Casting and Alloy have been called back except one who is assumed to be incarcerated and myself. The employer has been advertising for positions in Casting and Alloy in the local newspaper on March 10th and 30th. I called and spoke with the Supervisor of Casting and Alloy concerning the ad and he stated there was nothing to it. However, people are being hired for these positions.

No reason has been given for the above actions.

I believe that I have been discriminated against because of my age, 54, in violation of the Age Discrimination in Employment Act.

RECEIVED
EEOC

MAR 31 2006

BIRMINGHAM DISTRICT OFFICE

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| Mar 31, 2006 _____ Maxie McNabb<br>Date        Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

Ex. 15

EEOC FORM 131 (5/01)

U.S. Equal Employment Opportunity Commission

| | PERSON FILING CHARGE |
|---|---|
| Mr. Bart Sanders, Plant Manager<br>SANDERS LEAD CO.<br>#1 Sanders Rd.<br>Troy, AL 36081 | **Maxie Mcnabb** |

THIS PERSON (check one or both)

[X] Claims To Be Aggrieved

[ ] Is Filing on Behalf of Other(s)

EEOC CHARGE NO.
**420-2006-01686**

## NOTICE OF CHARGE OF DISCRIMINATION
*(See the enclosed for additional information)*

This is notice that a charge of employment discrimination has been filed against your organization under:

[ ] Title VII of the Civil Rights Act

[X] The Age Discrimination in Employment Act

[ ] The Americans with Disabilities Act

[ ] The Equal Pay Act

The boxes checked below apply to our handling of this charge:

1. [ ] No action is required by you at this time.

2. [ ] Please call the EEOC Representative listed below concerning the further handling of this charge.

3. [X] Please provide by **05-MAY-06** a statement of your position on the issues covered by this charge, with copies of any supporting documentation to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

4. [ ] Please respond fully by _____ to the enclosed request for information and send your response to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

5. [X] EEOC has a Mediation program that gives parties an opportunity to resolve the issues of a charge without extensive investigation or expenditure of resources. If you would like to participate, please say so on the enclosed form and respond by **20-APR-06** to **Debra B. Leo, ADR Coordinator, at (205) 212-2033**

If you <u>DO NOT</u> wish to try Mediation, you must respond to any request(s) made above by the date(s) specified there.

For further inquiry on this matter, please use the charge number shown above. Your position statement, your response to our request for information, or any inquiry you may have should be directed to:

Debra B. Leo,
ADR Coordinator

*EEOC Representative*

*Telephone* **(205) 212-2146**

Birmingham District Office - 420
Ridge Park Place
1130 22nd Street, South
Birmingham, AL 35205

Enclosure(s): [X] Copy of Charge

CIRCUMSTANCES OF ALLEGED DISCRIMINATION

[ ] RACE   [ ] COLOR   [ ] SEX   [ ] RELIGION   [ ] NATIONAL ORIGIN   [X] AGE   [ ] DISABILITY   [ ] RETALIATION   [ ] OTHER

**See enclosed copy of charge of discrimination.**

| Date | Name / Title of Authorized Official | Signature |
|---|---|---|
| Apr 05, 2006 | Bernice Williams-Kimbrough,<br>District Director | *Bernice William-Kimbrough* |

Ex. 16

TO Whom IT MAY CONCEARN

ON THE 24th DAY OF MAY ME
AND MY WITNESS RECIEVED AN APPLICATION
FOR EMPLOYMENT FROM SANDERS LEAD
COMPANY FROM ANN BAKER IT WAS
CLOSE TO LUNCH TIME SO WE TOLD
HER WE WOULD RETURN AFTER
LUNCH. AROUND ONE PM WE RETURNED
TO THE TRAINING BAILDING. ANN BAKER
HAD NOT RETURNED, SO I WENT INTO
ANOTHER PART OF THE TRAINING
BUILDING WHILE MY WITNESS WAITED
IN THE HALLWAY, JOE OWENS IS
MY WITNESS, I MET SAM KITCHENS
AND SUMITTED MY APPLICATION, HE TOLD
ME HE WOULD GET BACK WITH ME
ON MONDAY, BECAUSE THERE WERE
OPENINGS IN CASTING & ALLOY MY
JOB TITLE,

Nadia McNeal

Joe Owens



BRENDA ANN ELDER
Notary Public, AL State at Large
My Comm. Expires Aug. 11, 2008

Ex. 17

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| ☐ FEPA | |
| ☐ EEOC | 420-2006-03864 |

and EEOC

_State or local Agency, if any_

| NAME(Indicate Mr., Ms., Mrs.) | HOME TELEPHONE (Include Area Code) |
|---|---|
| Maxie McNabb | 334 807-0526 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 109 Crowe | Troy, AL. 36081 | 08-30-1951 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include Area Code) |
|---|---|---|
| Sander Lead, Inc. | over 500 | 334-566-1563 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| #1 Sanders Road | Troy, AL 36081 | |

| NAME | TELEPHONE NUMBER (Include Area Code) |
|---|---|
| | |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| | | |

| CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es)) | DATE DISCRIMINATION TOOK PLACE EARLIEST (ADEA/EPA)    LATEST (ALL) |
|---|---|
| ☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☒ AGE  ☒ RETALIATION  ☐ NATIONAL ORIGIN  ☐ DISABILITY  ☐ OTHER (Specify) | July 13, 2006     ☒ CONTINUING ACTION |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

On March 31, 2006, I filed a charge to challenge age discrimination at Sanders Lead, my former employer.

I noted that I been with company for over 13 years and was laid off due to economic circumstances. Three months later, I noticed the company was advertising for employees. I was informed by Mr. Faning, supervisor of Casting and Alloy that there was nothing to the advertisement. I let him know I wanted to return to work. After I saw the advertising for applicants again, I filed an EEOC charge.

After filing my EEOC charge noting my interest employment, I visited  Sanders Lead and met with Sam Kitchens, personnel manager.  I explained my interest in employment.  He confirmed, in fact, there were openings and said he would get back in touch with me. I never heard anything.  Upon information and belief, Sander Leads proceeded to continue to hire young less qualified applicants.

In addition to age discrimination, the company retaliated against me for filing the EEOC charge opposing discriminatory practices.  This retaliatory conduct violates 29 U.S.C. §§ 215, §216, and 42 U.S.C. §2O00e-3(a).

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY - (When necessary for State and Local Requirements) |
|---|---|
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| I declare under penalty of perjury that the foregoing is true and correct.<br><br>_Maxie McNabb_<br>Date 7/13/06    Charging Party (Signature) | SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, and year) |

EEOC FORM 5 (10/94)

Ex. 18

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

MAXIE MCNABB,                        )
                                     )
    Plaintiff                )     **CIVIL ACTION NO:**
                                     )     **2:06-0664-MHT**
v.                                   )
                                     )
SANDERS LEAD COMPANY, INC.           )
                                     )
    Defendant.               )

## PLAINTIFF'S FIRST INTERROGATORIES AND
## REQUEST FOR PRODUCTION OF DOCUMENTS

Pursuant to Federal Rules of Civil Procedure 26, 33 and 34, the plaintiff propounds these interrogatories and request for production to the defendant and its officers, attorneys, agents, contractors, and employees having any information or documents which are available to the defendant. These interrogatories and document requests are to be answered separately and severally by the defendant in the manner and form provided by law and the rules of court.

Where facts set forth in answers, or portions thereof, are supplied upon information and belief, rather than upon personal knowledge, defendant should so state and specifically identify and describe the source or sources of such information and belief. Should defendant be unable to answer any interrogatory or portion thereof by actual knowledge, or upon information and belief, it hall state in detail its efforts to obtain such knowledge as will enable it to answer said interrogatory or portions thereof.

Answers to these interrogatories and document request shall be responsive to the date on which the answers are filed and shall be continuing in character and require the filing of supplemental answers if further or different information on documents relative thereto becomes known before trial. Where knowledge or information of the defendant is requested, such request

into the Furnace Department and/or Casting & Alloy Department and whether they are current employees.

3.     Do you alleged or contend that Maxie McNabb was unqualified to work in the Furnace Department and/or the Casting & Alloy Department? If so, please state each and every reason for your allegation.

4.     Please identify each individual by age, name, and job title who evaluated McNabb's performance during his term of employment with the defendant. Please include in your answer the results of any such evaluations.

5.     Please identify each and every individual by name, age, job title, rate of pay and date of hire who was hired into the Furnace Department and/or the Casting & Alloy Department from October 2005 to the present.

6.     Please state whether defendant is covered by employment practices liability insurance.

7.     Please state whether you have any information that would in any way relate to plaintiff's veracity, character, or morality, and if so, describe.

8.     Do you deny that the defendant was plaintiff's employer? If your answer is no, please identify the correct name of plaintiff's employer.

9.     Describe in detail the organizational structure for the division or section of the defendant's operation wherein the plaintiff was employed, identifying each officer, executive, or higher management employee and their responsibilities.

10.     Describe in detail the defendant's personnel procedures regarding discharge, reductions in force, call backs to work and re-hire, identifying each person responsible for establishing and carrying out the procedures. Identify any documents which support your response.

# Ex. 19

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MAXIE MCNABB,                      )
                                   )
        Plaintiff,                 )
                                   )
v.                                 )        CIVIL ACTION NO. 2:06cv664-MHT
                                   )
SANDERS LEAD COMPANY, INC.,        )
                                   )
        Defendant.                 )

## DEFENDANT SANDERS LEAD COMPANY, INC'S SUPPLEMENTAL AND VERIFIED RESPONSES TO PLAINTIFF'S FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION

COMES NOW the Defendant in the above-styled cause and answers the following

interrogatories and request for production propounded by Plaintiff Maxie McNabb.

### GENERAL OBJECTIONS

Defendant objects to each of Plaintiff's interrogatories to the extent that each is overly

broad, vague, unduly burdensome, seeks information not designed nor reasonably calculated to

lead to the discovery of relevant evidence; and, purports to request information protected by the

attorney/ client privilege or work product doctrine or seeks information taken and/ or prepared in

anticipation of litigation, or privileged, not subject to discovery or which otherwise are

impermissible subjects of discovery under the rules of civil procedure.

Defendant objects to each interrogatory to the extent each seeks documents or things

which constitute confidential, proprietary information, or to which Defendant has a duty or

obligation of confidentiality with respect to persons or entities not parties to this litigation. This

-1-

objection is made specifically, but without limitation, with respect to any request which entails disclosure of the identities or other confidential information of persons not parties to this litigation, whose privacy rights would be violated by such disclosure.

## ANSWERS TO INTERROGATORIES

1.  See change of employee status forms in the attached personnel file.

2.  Defendant objects to this interrogatory to the extent that it is overly broad and unduly burdensome. Notwithstanding said objection, Defendant states that the information requested is contained within the attached documents.

3.  As far as Defendant knows, Plaintiff was physically able to perform his job duties. A medical doctor would provide a more definitive answer.

4.  See employee evaluation forms in the attached personnel file.

5.  Defendant objects to this interrogatory to the extent that it is overly broad and unduly burdensome and not reasonably designed or calculated to lead to relevant and admissible discovery. Notwithstanding said objection, Defendant states that the information requested is contained within the attached documents.

5a.  Defendant objects to this interrogatory to the extent that it is overly broad and unduly burdensome and not reasonably designed or calculated to lead to relevant and admissible discovery. Notwithstanding said objection, Defendant states that the information requested is contained within the attached documents.

6.  Defendant is not covered by any employment practices liability insurance.

7.  Defendant's personnel file, which is attached.

8.  Plaintiff was employed with Defendant in the casting and alloy department.

9.  Bart Sanders is the plant manager. Ricky Brewer is the assistant plant manager. Edgar Fannin is the Department head. Leon Bennett is the shift supervisor.

10.  Any personnel procedures would be established by the plant manager, Bart Sanders and Sam Kitchens would carry out said procedures.

11.  Plaintiff was excessively absent without notification, excessively late to work and

Respectfully submitted this the 28th day of June, 2007.

Sam Kitchens
For Sanders Lead Company, Inc.

STATE OF Alabama )
COUNTY OF Pike )

BEFORE ME, the undersigned authority, a Notary Public, in and for said State and County, personally appeared **Sam Kitchens** whose name is signed to the foregoing Settlement Agreement and who is known to me, acknowledged before me on this day that, being informed of the contents of said release, she executed the same voluntarily on the day the same bears date.

GIVEN under my hand and official seal this the 27th day of June, 2007.

(SEAL)

K. Denise Hodgson
Notary Public
My Commission

Expires: 6/26/08

Matthew M. Baker (BAK017)
N.J. Cervera (CER001)
Frank P. Ralph (RAL002)
Grady A. Reeves (REE042)
Attorneys for Defendant

OF COUNSEL:
Cervera, Ralph & Reeves, LLC
P. O. Box 325
914 South Brundidge Street
Troy, Alabama 36081
(334) 566-0116
(334) 566-4073 fax

-5-

Ex. 20

**SANDERS LEAD CO. AND KW PLASTICS**

**APPLICATION FOR EMPLOYMENT**

ALID: I636006
4-17-2011

Sanders Lead Co. and KW Plastics are equal opportunity employers. We make employment decisions without regard to race, color, sex, religion, national origin, citizenship, age or disabilities.

NAME _Nicholas_ _O'Brian_ _Williams_ DATE _6-12-06_
          FIRST          MIDDLE          LAST

ADDRESS _104 Park St_ _Apt # D2_ _Troy_ _AL_ _36081_
          NUMBER     STREET          CITY     STATE     ZIP CODE

SOCIAL SECURITY # _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_ ✓ PHONE # _(334) ~~808~~-808-1439_
                   _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_                      _6-24-85_
ARE YOU 18 YEARS OF AGE OR OVER? YES _✓_ NO _____ (Proof of minimum age may be requested.)

CIRCLE HIGHEST LEVEL OF SCHOOL COMPLETED 1 2 3 4 5 6 7 8 9 10 11 (12) 13 14 15 16

YEAR GRADUATED _2003_ COURSE _____ WHERE _Hillcrest High School (Evergree_

DO YOU HAVE GENUINE DOCUMENTS TO VERIFY YOUR IDENTITY AND EMPLOYMENT ELIGIBILITY UNDER UNITED STATES IMMIGRATION LAW? YES _✓_ NO _____
(A listing of approved documents is available in the personnel office.)

ARE YOU A VETERAN OF THE ARMED FORCES? YES _____ NO _✓_

DATES OF ACTIVE SERVICE: FROM _____ TO _____

BRANCH OF SERVICE _____ MILITARY OCCUPATION _____

### GIVE TWO PERSONAL REFERENCES (NOT RELATIVES)

| NAME | ADDRESS | PHONE NUMBER | OCCUPATION |
|------|---------|--------------|------------|
| Tonya Bozeman | | (334) 578-1126 | Princapal |
| Preston Fluker | | (334) 578-1126 | Princapal |

MAY WE CONTACT THESE REFERENCES? YES _✓_ NO _____
Unless I checked NO, I authorize each person, school, employer, or employment reference in this application to provide the company with any information that the company may request.

### PREVIOUS EMPLOYMENT – GIVE LAST JOB FIRST, NEXT TO LAST JOB SECOND, ETC.

| TIME EMPLOYED MONTH-YEAR | NAME AND ADDRESS OF EMPLOYER | NAME OF SUPERVISOR | TYPE OF WORK | WAGES OR SALARY | REASON FOR LEAVING |
|---|---|---|---|---|---|
| FROM 2-2005 TO 9-2005 | NAME Sanders Lead ADDRESS Troy AL | John Murdux | Casting & Alloy | $8.50 | Fired due to my wife being pregan missed to many days |
| FROM 2-2004 TO 10-2004 | NAME AB+G ADDRESS Troy AL | Gearld Adair | Production | $16.75 | N/A |

## PREVIOUS EMPLOYMENT CONT'D

| TIME EMPLOYED MONTH-YEAR | NAME AND ADDRESS OF EMPLOYER | NAME OF SUPERVISOR | TYPE OF WORK | WAGES OR SALARY | REASON FOR LEAVING |
|---|---|---|---|---|---|
| FROM | NAME | | | | |
| TO | ADDRESS | | | | |
| FROM | NAME | | | | |
| TO | ADDRESS | | | | |

## CHECK ANY OF THE MACHINES LISTED BELOW THAT YOU CAN OPERATE

FORK LIFT ___✓___  FRONT END LOADER _____  TRACTOR/TRAILER _____  SWEEPER _____

ARE YOU WILLING TO WORK THE FOLLOWING SHIFTS?

FIRST (6 AM - 2 PM)         YES ___✓___     NO _____
SECOND (2 PM - 10 PM)    YES _____   NO _____
THIRD (10 PM - 6 AM)       YES ___✓___     NO _____

HAVE YOU EVER BEEN EMPLOYED BY SANDERS LEAD CO. OR KW PLASTICS? _Yes_ IF "YES" GIVE

DATES EMPLOYED _2-2005_____ REASON FOR LEAVING _Fired due to missing days due to wife being Pregnant_

HAVE YOU EVER BEEN CONVICTED OR PLEAD GUILTY OF A CRIME? _no_____

IF SO WHAT _____

(A conviction or guilty plea does not necessarily bar employment, but may be considered in so far as it relates to fitness to perform job.)

I understand that, if I am hired, the company may terminate my employment at any time, with or without cause, and with or without prior notice. I understand that, except by written agreement signed by the president of the company, no manager, supervisor, employee or other company representative has any authority (1) to promise employment for a particular length of time, OR (2) to make any other promises or representations about my future employment with the company.

Probationary Period - You will be evaluated during a 90 day period. During this period your attendance and workmanship is important to demonstrate your desire to progress within Sanders Lead Company, KW Plastics, and/or KW Recycling. You can be released at any time during this period with or without cause. At the end of this period you will be reviewed and either released, retained at current pay, or given a raise.

NAME, ADDRESS AND PHONE NUMBER OF PERSON TO BE NOTIFIED IN CASE OF EMERGENCY _Bertha Williams_
_Evergeen, AL 36401_  _(334) 578-9655 (home)_  or _(334) 578-2900 (work)_

I certify that my answers to the above questions are true and understand that if any information given is found t be incorrect at any time employed, I may be subject to dismissal. The physical examination requested by the Company is to be made with my consent. I also agree to submit to such future examinations and give such information as may be requested by the Company and that the foregoing questions and answers of my examination may be used by the Company in whatever manner it may desire.

DATE _6-12-06_          SIGNATURE OF APPLICANT _Richard Williams_

# SANDERS LEAD CO. AND KW PLASTICS

## APPLICATION FOR EMPLOYMENT

Sanders Lead Co. and KW Plastics are equal opportunity employers. We make employment decisions without regard to race, color, sex, religion, national origin, citizenship, age or disabilities.

NAME _Randolph_ _E._ _Harley III_ DATE _04-06-06_
FIRST MIDDLE LAST

ADDRESS _318 Co. Rd. 4409 Lot #9_ _Brundidge_ _AL_ _36010_
NUMBER STREET CITY STATE ZIP CODE

SOCIAL SECURITY # _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_ ✓ PHONE # _(334)-355-0745_

ARE YOU 18 YEARS OF AGE OR OVER? YES _✓_ NO _____ (Proof of minimum age may be requested.)
_11-3-86_

CIRCLE HIGHEST LEVEL OF SCHOOL COMPLETED 1 2 3 4 5 6 7 8 9 (10) 11 12 13 14 15 16

YEAR GRADUATED _____ COURSE _____ WHERE _Pike Co. High_

DO YOU HAVE GENUINE DOCUMENTS TO VERIFY YOUR IDENTITY AND EMPLOYMENT ELIGIBILITY UNDER UNITED STATES IMMIGRATION LAW? YES _✓_ NO _____
(A listing of approved documents is available in the personnel office.)

ARE YOU A VETERAN OF THE ARMED FORCES? YES _____ NO _✓_

DATES OF ACTIVE SERVICE: FROM _____ TO _____

BRANCH OF SERVICE _____ MILITARY OCCUPATION _____

## GIVE TWO PERSONAL REFERENCES (NOT RELATIVES)

| NAME | ADDRESS | PHONE NUMBER | OCCUPATION |
|------|---------|--------------|------------|
| Mary Lois Boyd | | 735-0638 | NONE |
| Catherine Boyd | | 735-0146 | Southland |

MAY WE CONTACT THESE REFERENCES? YES _✓_ NO _____
Unless I checked NO, I authorize each person, school, employer, or employment reference in this application to provide the company with any information that the company may request.

### PREVIOUS EMPLOYMENT – GIVE LAST JOB FIRST, NEXT TO LAST JOB SECOND, ETC.

| TIME EMPLOYED MONTH-YEAR | NAME AND ADDRESS OF EMPLOYER | NAME OF SUPERVISOR | TYPE OF WORK | WAGES OR SALARY | REASON FOR LEAVING |
|---|---|---|---|---|---|
| FROM _09-05_ | NAME _Wiley Sanders Lead Co._ | Johnny McClendon | Alloy | $8.00 | Fired for smoking |
| TO _11-05_ | ADDRESS | | | | |
| FROM | NAME | | | | |
| TO | ADDRESS | | | | |

## PREVIOUS EMPLOYMENT CONT'D

| TIME EMPLOYED MONTH-YEAR | NAME AND ADDRESS OF EMPLOYER | NAME OF SUPERVISOR | TYPE OF WORK | WAGES OR SALARY | REASON FOR LEAVING |
|---|---|---|---|---|---|
| FROM | NAME | | | | |
| TO | ADDRESS | | | | |
| FROM | NAME | | | | |
| TO | ADDRESS | | | | |

## CHECK ANY OF THE MACHINES LISTED BELOW THAT YOU CAN OPERATE

FORK LIFT ___✓___    FRONT END LOADER _____    TRACTOR/TRAILER _____    SWEEPER _____

ARE YOU WILLING TO WORK THE FOLLOWING SHIFTS?

    FIRST (6 AM - 2 PM)    YES ___✓___    NO _____

    SECOND (2 PM - 10 PM)    YES ___✓___    NO _____

    THIRD (10 PM - 6 AM)    YES ___✓___    NO _____

HAVE YOU EVER BEEN EMPLOYED BY SANDERS LEAD CO. OR KW PLASTICS? __Yes__ IF "YES" GIVE

DATES EMPLOYED __09-05 to 11-05__    REASON FOR LEAVING __Terminated For Smoking__

HAVE YOU EVER BEEN CONVICTED OR PLEAD GUILTY OF A CRIME? __No__

IF SO WHAT _____

(A conviction or guilty plea does not necessarily bar employment, but may be considered in so far as it relates to fitness to perform job.)

I understand that, if I am hired, the company may terminate my employment at any time, with or without cause, and with or without prior notice. I understand that, except by written agreement signed by the president of the company, no manager, supervisor, employee or other company representative has any authority (1) to promise employment for a particular length of time, OR (2) to make any other promises or representations about my future employment with the company.

Probationary Period - You will be evaluated during a 90 day period. During this period your attendance and workmanship is important to demonstrate your desire to progress within Sanders Lead Company, KW Plastics, and/or KW Recycling. You can be released at any time during this period with or without cause. At the end of this period you will be reviewed and either released, retained at current pay, or given a raise.

NAME, ADDRESS AND PHONE NUMBER OF PERSON TO BE NOTIFIED IN CASE OF EMERGENCY _____

__Levon Wheeler 318 Co. Rd. 4409 Brundidge, AL 735-0538__

I certify that my answers to the above questions are true and understand that if any information given is found t be incorrect at any time employed, I may be subject to dismissal. The physical examination requested by the Company is to be made with my consent. I also agree to submit to such future examinations and give such information as may be requested by the Company and that the foregoing questions and answers of my examination may be used by the Company in whatever manner it may desire.

DATE __04-06-06__    SIGNATURE OF APPLICANT __Randolph E. Hinley__

SLC-KW-AF-01-02-SK

# SANDERS LEAD CO. AND KW PLASTICS

## APPLICATION FOR EMPLOYMENT

AF I B
I S I 828 7
5-31-08

Sanders Lead Co. and KW Plastics are equal opportunity employers. We make employment decisions without regard to race, color, sex, religion, national origin, citizenship, age or disabilities.

NAME _Robert_ _Earl_ _Brundidge_ _Jr._ DATE _10/10/06_

          FIRST           MIDDLE         LAST

ADDRESS _628_ _E. Madison St._ _Troy_ _Al._ _36081_

        NUMBER      STREET       CITY      STATE    ZIP CODE

SOCIAL SECURITY # _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_ PHONE # _808-8984_

                                                    4-27-77

ARE YOU 18 YEARS OF AGE OR OVER? YES _X_ NO _____ (Proof of minimum age may be requested.)

CIRCLE HIGHEST LEVEL OF SCHOOL COMPLETED 1 2 3 4 5 6 7 8 9 10 (11) 12 13 14 15 16

YEAR GRADUATED _____ COURSE _____ WHERE _____

DO YOU HAVE GENUINE DOCUMENTS TO VERIFY YOUR IDENTITY AND EMPLOYMENT ELIGIBILITY UNDER UNITED STATES IMMIGRATION LAW?      YES _____    NO _____
(A listing of approved documents is available in the personnel office.)

ARE YOU A VETERAN OF THE ARMED FORCES?   YES _____    NO _✓_

DATES OF ACTIVE SERVICE:  FROM _____   TO _____

BRANCH OF SERVICE _____ MILITARY OCCUPATION _____

## GIVE TWO PERSONAL REFERENCES (NOT RELATIVES)

| NAME | ADDRESS | PHONE NUMBER | OCCUPATION |
|---|---|---|---|
| Anzie kelley | 110 Rose Circle | 670-6086 | N/A |
| Shannon Rogers | 622 E. Madison St. | 566-861C | |

MAY WE CONTACT THESE REFERENCES?  YES _✓_    NO _____
Unless I checked NO, I authorize each person, school, employer, or employment reference in this application to provide the company with any information that the company may request.

## PREVIOUS EMPLOYMENT – GIVE LAST JOB FIRST, NEXT TO LAST JOB SECOND, ETC.

| TIME EMPLOYED MONTH-YEAR | NAME AND ADDRESS OF EMPLOYER | NAME OF SUPERVISOR | TYPE OF WORK | WAGES OR SALARY | REASON FOR LEAVING |
|---|---|---|---|---|---|
| FROM N/A | NAME Sanders lead Co. Henderson Hwy. | Eyael Cannie | Alloy | 8.00 | fired |
| TO | ADDRESS | | | | |
| FROM | NAME H B & G | permgaase production | | 9.00 | still work there Now |
| TO | ADDRESS | | | | |

## PREVIOUS EMPLOYMENT CONT'D

| TIME EMPLOYED MONTH-YEAR | NAME AND ADDRESS OF EMPLOYER | NAME OF SUPERVISOR | TYPE OF WORK | WAGES OR SALARY | REASON FOR LEAVING |
|---|---|---|---|---|---|
| FROM | NAME | | | | |
| TO | ADDRESS | | | | |
| | | | | | |
| FROM | NAME | | | | |
| TO | ADDRESS | | | | |

### CHECK ANY OF THE MACHINES LISTED BELOW THAT YOU CAN OPERATE

FORK LIFT ___✓___ FRONT END LOADER ___✓___ TRACTOR/TRAILER _____ SWEEPER ___✓___

### ARE YOU WILLING TO WORK THE FOLLOWING SHIFTS?

|  |  |  |
|---|---|---|
| FIRST (6 AM - 2 PM) | YES _____ | NO ___✓___ |
| SECOND (2 PM - 10 PM) | YES _____ | NO ___✓___ |
| THIRD (10 PM - 6 AM) | YES ___✓___ | NO _____ |

HAVE YOU EVER BEEN EMPLOYED BY SANDERS LEAD CO. OR KW PLASTICS? _Yes_ IF "YES" GIVE

DATES EMPLOYED ___N/A___ REASON FOR LEAVING _Fired_

HAVE YOU EVER BEEN CONVICTED OR PLEAD GUILTY OF A CRIME? _Yes_

IF SO WHAT _Robbery 3rd,_

(A conviction or guilty plea does not necessarily bar employment, but may be considered in so far as it relates to fitness to perform job.)

I understand that, if I am hired, the company may terminate my employment at any time, with or without cause, and with or without prior notice. I understand that, except by written agreement signed by the president of the company, no manager, supervisor, employee or other company representative has any authority (1) to promise employment for a particular length of time, OR (2) to make any other promises or representations about my future employment with the company.

Probationary Period - You will be evaluated during a 90 day period. During this period your attendance and workmanship is important to demonstrate your desire to progress within Sanders Lead Company, KW Plastics, and/or KW Recycling. You can be released at any time during this period with or without cause. At the end of this period you will be reviewed and either released, retained at current pay, or given a raise.

NAME, ADDRESS AND PHONE NUMBER OF PERSON TO BE NOTIFIED IN CASE OF EMERGENCY _____

_Mary Brundidge      808-8984_

I certify that my answers to the above questions are true and understand that if any information given is found t be incorrect at any time employed, I may be subject to dismissal. The physical examination requested by the Company is to be made with my consent. I also agree to submit to such future examinations and give such information as may be requested by the Company and that the foregoing questions and answers of my examination may be used by the Company in whatever manner it may desire.

DATE _10/10/06_      SIGNATURE OF APPLICANT _Ralph Dau Brundidge_

Ex. 20-A

AL IP
I 454870
1-13-07

# SANDERS LEAD CO. AND KW PLASTICS

## APPLICATION FOR EMPLOYMENT

Sanders Lead Co. and KW Plastics are equal opportunity employers. We make employment decisions without regard to race, color, sex, religion, national origin, citizenship, age or disabilities.

NAME _Bobby_ _____ _Taylor_ _____ _Streeter_ _____ DATE _4-3-06_
           FIRST             MIDDLE          LAST

ADDRESS _405_ _Alphonse Byrd Dr._ _____ _Troy_ _____ _Al_ _36081_
        NUMBER        STREET        CITY        STATE     ZIP CODE

SOCIAL SECURITY # _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_ ✓      PHONE # _(334) 670-9621_
                                                          1-12-79

ARE YOU 18 YEARS OF AGE OR OVER? YES _✓_ NO _____ (Proof of minimum age may be requested.)

CIRCLE HIGHEST LEVEL OF SCHOOL COMPLETED   1   2   3   4   5   6   7   8   9   10   (11)   12   13   14   15   16

YEAR GRADUATED _____ COURSE _____ WHERE _____

DO YOU HAVE GENUINE DOCUMENTS TO VERIFY YOUR IDENTITY AND EMPLOYMENT ELIGIBILITY UNDER UNITED STATES IMMIGRATION LAW?      YES _✓_      NO _____
(A listing of approved documents is available in the personnel office.)

ARE YOU A VETERAN OF THE ARMED FORCES?    YES _____    NO _✓_

DATES OF ACTIVE SERVICE:   FROM _____     TO _____

BRANCH OF SERVICE _____ MILITARY OCCUPATION _____

## GIVE TWO PERSONAL REFERENCES (NOT RELATIVES)

| NAME | ADDRESS | PHONE NUMBER | OCCUPATION |
|---|---|---|---|
| _Adrian Williams_ | | _372-7548_ | _HBHG_ |
| _Willie Cole_ | | _807-0199_ | _Lyn coach_ |

MAY WE CONTACT THESE REFERENCES?   YES _✓_    NO _____
Unless I checked NO, I authorize each person, school, employer, or employment reference in this application to provide the company with any information that the company may request.

## PREVIOUS EMPLOYMENT – GIVE LAST JOB FIRST, NEXT TO LAST JOB SECOND, ETC.

| TIME EMPLOYED MONTH-YEAR | NAME AND ADDRESS OF EMPLOYER | NAME OF SUPERVISOR | TYPE OF WORK | WAGES OR SALARY | REASON FOR LEAVING |
|---|---|---|---|---|---|
| FROM _July - 04_ | NAME _Wiley Sanders Truck Lines_ | _Michael_ | _Trailer Shop_ | _$8.00_ | _Fired_ |
| TO _Oct. - 05_ | ADDRESS | | | | |
| FROM _Aug - 01_ | NAME _Cox Container_ | _Jamae_ | _Packing Jars_ | _$6.10_ | _Low pay rate_ |
| TO _Feb - 02_ | ADDRESS | | | | |

### PREVIOUS EMPLOYMENT CONT'D

| TIME EMPLOYED MONTH-YEAR | NAME AND ADDRESS OF EMPLOYER | NAME OF SUPERVISOR | TYPE OF WORK | WAGES OR SALARY | REASON FOR LEAVING |
|---|---|---|---|---|---|
| FROM Feb-99 | NAME Willey Sanders | Terry Gardner | Furnace | $7.15 | Lead |
| TO March-00 | ADDRESS | | | | |
| FROM | NAME | | | | |
| TO | ADDRESS | | | | |

### CHECK ANY OF THE MACHINES LISTED BELOW THAT YOU CAN OPERATE

FORK LIFT ___✓___ FRONT END LOADER ___✓___ TRACTOR/TRAILER _____ SWEEPER _____

ARE YOU WILLING TO WORK THE FOLLOWING SHIFTS?

FIRST (6 AM - 2 PM)     YES ___✓___     NO _____
SECOND (2 PM - 10 PM)     YES ___✓___     NO _____
THIRD (10 PM - 6 AM)     YES _____     NO ___✓___

HAVE YOU EVER BEEN EMPLOYED BY SANDERS LEAD CO. OR KW PLASTICS? ___Yes___ IF "YES" GIVE

DATES EMPLOYED Feb-99-march-00 July Oct. 04-05 REASON FOR LEAVING Lead / Fired

HAVE YOU EVER BEEN CONVICTED OR PLEAD GUILTY OF A CRIME? ___No___

IF SO WHAT _____

(A conviction or guilty plea does not necessarily bar employment, but may be considered in so far as it relates to fitness to perform job.)

I understand that, if I am hired, the company may terminate my employment at any time, with or without cause, and with or without prior notice. I understand that, except by written agreement signed by the president of the company, no manager, supervisor, employee or other company representative has any authority (1) to promise employment for a particular length of time, OR (2) to make any other promises or representations about my future employment with the company.

Probationary Period - You will be evaluated during a 90 day period. During this period your attendance and workmanship is important to demonstrate your desire to progress within Sanders Lead Company, KW Plastics, and/or KW Recycling. You can be released at any time during this period with or without cause. At the end of this period you will be reviewed and either released, retained at current pay, or given a raise.

NAME, ADDRESS AND PHONE NUMBER OF PERSON TO BE NOTIFIED IN CASE OF EMERGENCY _____

Lelina Bell Streeter 566-2032 106 Camelia st Apt2

I certify that my answers to the above questions are true and understand that if any information given is found t be incorrect at any time employed, I may be subject to dismissal. The physical examination requested by the Company is to be made with my consent. I also agree to submit to such future examinations and give such information as may be requested by the Company and that the foregoing questions and answers of my examination may be used by the Company in whatever manner it may desire.

DATE 4-3-06     SIGNATURE OF APPLICANT Bobby Streeter

SLC-KW-AE-01-02-SK

SANDERS LEAD CO. AND KW PLASTICS

## APPLICATION FOR EMPLOYMENT

I 647611
1-28-2012

Sanders Lead Co. and KW Plastics are equal opportunity employers. We make employment decisions without regard to race, color, sex, religion, national origin, citizenship, age or disabilities.

NAME __Timothy_____ __Rayborn_____ DATE _03/13/06_

     FIRST         MIDDLE        LAST

ADDRESS _211 John Lewis Drive_ _Troy_ _AL_ _36081_

      NUMBER     STREET     CITY    STATE    ZIP CODE

SOCIAL SECURITY # _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_ ✓    PHONE # _670-0925_

                                        9.4-78

ARE YOU 18 YEARS OF AGE OR OVER? YES _✓_ NO _____ (Proof of minimum age may be requested.)

CIRCLE HIGHEST LEVEL OF SCHOOL COMPLETED    1  2  3  4  5  6  7  8  9  10  11  (12)  13  14  15  16

YEAR GRADUATED _1997_ COURSE _____ WHERE _Bullock County_

DO YOU HAVE GENUINE DOCUMENTS TO VERIFY YOUR IDENTITY AND EMPLOYMENT ELIGIBILITY UNDER UNITED STATES IMMIGRATION LAW?        YES _✓_        NO _____
(A listing of approved documents is available in the personnel office.)

ARE YOU A VETERAN OF THE ARMED FORCES?    YES _____    NO _✓_

DATES OF ACTIVE SERVICE: FROM _N/A_    TO _N/A_

BRANCH OF SERVICE _N/A_    MILITARY OCCUPATION _N/A_

### GIVE TWO PERSONAL REFERENCES (NOT RELATIVES)

| NAME | ADDRESS | PHONE NUMBER | OCCUPATION |
|---|---|---|---|
| Kenny Blair | 317 Dean St | 807-0383 | Wiley Sanders |
| Mario Byrd | 324 Montgomery St | 372-3495 | Wiley Sanders |

MAY WE CONTACT THESE REFERENCES?    YES _✓_    NO _____

Unless I checked NO, I authorize each person, school, employer, or employment reference in this application to provide the company with any information that the company may request.

### PREVIOUS EMPLOYMENT – GIVE LAST JOB FIRST, NEXT TO LAST JOB SECOND, ETC.

| TIME EMPLOYED MONTH-YEAR | NAME AND ADDRESS OF EMPLOYER | NAME OF SUPERVISOR | TYPE OF WORK | WAGES OR SALARY | REASON FOR LEAVING |
|---|---|---|---|---|---|
| FROM 09/05 TO Present | NAME Whaley Construction ADDRESS N/A | Stuart Wilks | laborer | 7.00 | |
| FROM 02/04 TO N/A/05 | NAME Wiley Sanders ADDRESS | Kent Hodges | washrack | 8.40 | got fired. |

## PREVIOUS EMPLOYMENT CONT'D

| TIME EMPLOYED MONTH-YEAR | NAME AND ADDRESS OF EMPLOYER | NAME OF SUPERVISOR | TYPE OF WORK | WAGES OR SALARY | REASON FOR LEAVING |
|---|---|---|---|---|---|
| FROM 02/02 | NAME Superior Woods | Doris Jones | Shipping | 7.75 | Came to work at Wiley Sanders |
| TO 03/04 | ADDRESS N/A | | | | |
| FROM | NAME N/A | | | | |
| TO | ADDRESS N/A | | | | |

## CHECK ANY OF THE MACHINES LISTED BELOW THAT YOU CAN OPERATE

FORK LIFT __✓__ FRONT END LOADER __✓__ TRACTOR/TRAILER _____ SWEEPER _____

ARE YOU WILLING TO WORK THE FOLLOWING SHIFTS?

    FIRST (6 AM - 2 PM)    YES _____ NO __✓__

    SECOND (2 PM - 10 PM)    YES __✓__ NO _____

    THIRD (10 PM - 6 AM)    YES __✓__ NO _____

HAVE YOU EVER BEEN EMPLOYED BY SANDERS LEAD CO. OR KW PLASTICS? __✓__ IF "YES" GIVE

DATES EMPLOYED __N/A__ REASON FOR LEAVING __Got fired__

HAVE YOU EVER BEEN CONVICTED OR PLEAD GUILTY OF A CRIME? __Yes, Traffic Violations__

IF SO WHAT _____

(A conviction or guilty plea does not necessarily bar employment, but may be considered in so far as it relates to fitness to perform job.)

I understand that, if I am hired, the company may terminate my employment at any time, with or without cause, and with or without prior notice. I understand that, except by written agreement signed by the president of the company, no manager, supervisor, employee or other company representative has any authority (1) to promise employment for a particular length of time, OR (2) to make any other promises or representations about my future employment with the company.

Probationary Period - You will be evaluated during a 90 day period. During this period your attendance and workmanship is important to demonstrate your desire to progress within Sanders Lead Company, KW Plastics, and/or KW Recycling. You can be released at any time during this period with or without cause. At the end of this period you will be reviewed and either released, retained at current pay, or given a raise.

NAME, ADDRESS AND PHONE NUMBER OF PERSON TO BE NOTIFIED IN CASE OF EMERGENCY _____

Cynthia Rayborn     738-4346

I certify that my answers to the above questions are true and understand that if any information given is found t be incorrect at any time employed, I may be subject to dismissal. The physical examination requested by the Company is to be made with my consent. I also agree to submit to such future examinations and give such information as may be requested by the Company and that the foregoing questions and answers of my examination may be used by the Company in whatever manner it may desire.

DATE __03/13/06__     SIGNATURE OF APPLICANT __Timothy Rayborn__

# SANDERS LEAD CO. AND KW PLASTICS

## APPLICATION FOR EMPLOYMENT

ALDL No: 1695981
Exp 06-15-2013

Sanders Lead Co. and KW Plastics are equal opportunity employers. We make employment decisions without regard to race, color, sex, religion, national origin, citizenship, age or disabilities.

NAME  ANThONY      Lataris       DuNcaN     DATE  3-13-06
      **FIRST**          **MIDDLE**        **LAST**

ADDRESS  202 Segars Lane          Troy        AL      36081
         **NUMBER**      **STREET**        **CITY**     **STATE**   **ZIP CODE**

SOCIAL SECURITY #  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 ✓      PHONE #  672-1799

ARE YOU 18 YEARS OF AGE OR OVER? YES __X__ NO _____ (Proof of minimum age may be requested.)   01-11-1971

CIRCLE HIGHEST LEVEL OF SCHOOL COMPLETED  1  2  3  4  5  6  7  8  9  10  11  12  13  (14)  15  16

YEAR GRADUATED  1990  COURSE _____ WHERE  CHHS

DO YOU HAVE GENUINE DOCUMENTS TO VERIFY YOUR IDENTITY AND EMPLOYMENT ELIGIBILITY UNDER UNITED STATES IMMIGRATION LAW?          YES __X__   NO _____
(A listing of approved documents is available in the personnel office.)

ARE YOU A VETERAN OF THE ARMED FORCES?   YES __X__   NO _____

DATES OF ACTIVE SERVICE:  FROM  1990   TO  1992

BRANCH OF SERVICE  USN   MILITARY OCCUPATION  Supply

### GIVE TWO PERSONAL REFERENCES (NOT RELATIVES)

| NAME | ADDRESS | PHONE NUMBER | OCCUPATION |
|------|---------|--------------|------------|
| Annita Salter | | 672-1799 | Store Clerk / Realty Mang |
| James Jordeal | | 566-3381 | Retired |

MAY WE CONTACT THESE REFERENCES?  YES __X__   NO _____
Unless I checked NO, I authorize each person, school, employer, or employment reference in this application to provide the company with any information that the company may request.

### PREVIOUS EMPLOYMENT – GIVE LAST JOB FIRST, NEXT TO LAST JOB SECOND, ETC.

| TIME EMPLOYED MONTH-YEAR | NAME AND ADDRESS OF EMPLOYER | NAME OF SUPERVISOR | TYPE OF WORK | WAGES OR SALARY | REASON FOR LEAVING |
|---|---|---|---|---|---|
| FROM Feb. 06  1 month | NAME Henderson Black & Green | Gerald Adair | production | $8.00 | |
| TO | ADDRESS | | | | |
| | | | | | |
| FROM | NAME | | | | |
| TO | ADDRESS | | | | |

## PREVIOUS EMPLOYMENT CONT'D

| TIME EMPLOYED MONTH-YEAR | NAME AND ADDRESS OF EMPLOYER | NAME OF SUPERVISOR | TYPE OF WORK | WAGES OR SALARY | REASON FOR LEAVING |
|---|---|---|---|---|---|
| FROM | NAME | | | | |
| TO | ADDRESS | | | | |
| | | | | | |
| FROM | NAME | | | | |
| TO | ADDRESS | | | | |

## CHECK ANY OF THE MACHINES LISTED BELOW THAT YOU CAN OPERATE

FORK LIFT __X__     FRONT END LOADER __X__     TRACTOR/TRAILER _____     SWEEPER __X__

ARE YOU WILLING TO WORK THE FOLLOWING SHIFTS?

FIRST (6 AM - 2 PM)       YES __X__       NO _____
SECOND (2 PM - 10 PM)   YES __X__       NO _____
THIRD (10 PM - 6 AM)     YES __X__       NO _____

HAVE YOU EVER BEEN EMPLOYED BY SANDERS LEAD CO. OR KW PLASTICS? _Yes_   IF "YES" GIVE

DATES EMPLOYED _Oct. Nov. 06_   REASON FOR LEAVING _Terminated_

HAVE YOU EVER BEEN CONVICTED OR PLEAD GUILTY OF A CRIME? _Yes_

IF SO WHAT _Poss. of controlled Substance_

(A conviction or guilty plea does not necessarily bar employment, but may be considered in so far as it relates to fitness to perform job.)

I understand that, if I am hired, the company may terminate my employment at any time, with or without cause, and with or without prior notice. I understand that, except by written agreement signed by the president of the company, no manager, supervisor, employee or other company representative has any authority (1) to promise employment for a particular length of time, OR (2) to make any other promises or representations about my future employment with the company.

Probationary Period - You will be evaluated during a 90 day period. During this period your attendance and workmanship is important to demonstrate your desire to progress within Sanders Lead Company, KW Plastics, and/or KW Recycling. You can be released at any time during this period with or without cause. At the end of this period you will be reviewed and either released, retained at current pay, or given a raise.

NAME, ADDRESS AND PHONE NUMBER OF PERSON TO BE NOTIFIED IN CASE OF EMERGENCY _____

_Paulette Ousley    (566-0054)_

I certify that my answers to the above questions are true and understand that if any information given is found t be incorrect at any time employed, I may be subject to dismissal. The physical examination requested by the Company is to be made with my consent. I also agree to submit to such future examinations and give such information as may be requested by the Company and that the foregoing questions and answers of my examination may be used by the Company in whatever manner it may desire.

DATE _3-13-06_   SIGNATURE OF APPLICANT _Anthony Quince_