IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| MAXIE McNABB, | ) |
| | ) |
|    Plaintiff, | ) |
| | )   CIVIL ACTION NO. |
| v. | )    2:06cv664-MHT |
| | ) |
| SANDERS LEAD COMPANY, INC., | ) |
| | ) |
|    Defendant. | ) |

ORDER

It is ORDERED that plaintiff Maxie McNabb's motion to leave the record open (doc. no. 27) is set for submission, without oral argument, on July 16, 2007, with all briefs due by said date.

DONE, this the 9th day of July, 2007.

                          /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE