IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| MAXIE McNABB, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:06cv664-MHT |
| ) | |
| SANDERS LEAD COMPANY, INC., ) | |
| ) | |
|    Defendant. ) | |

### ORDER

It is ORDERED that plaintiff's motion for leave to keep evidentiary record open (Doc. No. 27) is granted to the extent that plaintiff is allowed until July 23, 2007, to submit any supplemental opposition to defendant's pending motion for summary judgment (Doc. No. 9).

DONE, this the 19th day of July, 2007.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE