**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **MAXIE MCNABB,** | ) | |
| | ) | |
| **Plaintiff** | ) | **CIVIL ACTION NO:** |
| | ) | **2:06-0664-MHT** |
| **v.** | ) | |
| | ) | |
| **SANDERS LEAD COMPANY, INC.** | ) | |
| | ) | |
| **Defendant.** | ) | |

## PLAINTIFF'S SECOND SUPPLEMENTAL EVIDENTIARY SUBMISSION

Comes Now, the Plaintiff, Maxie McNabb, in accordance with the Court's Order allowing the Plaintiff to submit supplemental evidence in support of Plaintiff's Memorandum in Opposition to Defendant's Motion for Summary Judgment. The Plaintiff would show unto the Court as follows:

1. Supplemental Exhibit 1-Disciplinary records for Edward Meadows. The Defendant alleges that the Plaintiff was laid off and not rehired because he had discipline problems, poor work ethic and unsatisfactory production. However, these documents prove that Meadows, who was laid off for these same reasons and was twenty-five years old (25), was rehired at least by April 8, 2006. Moreover, it appears that between April 8, 2006 and August 10, 2006 Meadows may have been fired and rehired again  as the disciplinary action form states "unexcused absence only been

working 2 weeks (1 day absent)." After the August 10, 2006 disciplinary action, Meadows was cited for unexcused absences and missing work on seven different occasions. This evidence shows that the Defendant was more than willing to rehire individuals under the age of forty who possessed less than stellar work records.

2.      Supplemental Exhibit 2-Disciplinary records for Randolph Harley. Randolph Harley states in his application, dated April 4, 2006, that he had been fired by the Defendant for misconduct in November 2005. (See Pl.'s Ex. 20). Harley was approximately twenty-years old (20) when he reapplied. The Defendant rehired Harley in April 2006 and thereafter he proceeded to receive seven (7) disciplinary actions up until his termination on September 18, 2006 for being tardy fourteen days (14) in one month and a half and for smoking. Again this evidence shows that the Defendant was more than willing to rehire individuals under the age of forty who possessed less than stellar work records.

It is abundantly clear that disciplinary action is not a bar to employment for younger employees. Therefore, it should not have precluded McNabb from being rehired. Based on the foregoing, and the brief and evidentiary submission already on record in this case, summary judgment is due to be denied.

Respectfully submitted,

/s/Roderick T. Cooks
Attorney for the Plaintiff

**OF COUNSEL:**
WINSTON COOKS, LLC
The Penick Building
319-17th Street North
Birmingham, AL 35203
Tel: (205)502-0970
Fax: (205)251-0231
email: rcooks@winstoncooks.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document on all persons listed below by CMF/Electronic Mail and/or U. S. Mail, postage prepaid and addressed to them as follows:

Matthew M. Baker, Esq.
Cervera, Ralph & Reeves, LLC
P.O. Box 325
914 South Brundidge Street
Troy, Alabama 36081
(334) 566-0116

Done this the 23rd day of July, 2007.

s/Roderick T. Cooks
Of Counsel

# SUPPLEMENTAL
# EXHIBIT  1

# Disciplinary Action

Name: EDDIE R. MEADOWS                    Job Title: _____

Address: _____

Person Filing Action: JOHN McLENDON

Date Action Filed: 8-10-2006

Discipline Type:     Notice ☑     Personnel File ☐     Suspension ☐     Leave Without Pay ☐
                     Re-Assignment ☐     Termination ☐

Reason for Discipline:

Unexcused Absence

Only Been Working 2 Weeks. (1 Day Absent)

Page from Employee Handbook to Support Discipline    9-C

Status form attached?     Yes ☐     No ☑

Additional Comments (Witnesses to Reason for Discipline):

_____
_____
_____

Signature of Recipient _Eddie Meadows_          Dept. Head _John McLendon_

## Review

Name: _____          Title: _____
Name: _____          Title: _____
Name: _____          Title: _____

**Note: Form should be kept Confidential!**

White - Employee  •  Canary - Personnel  •  Pink - Dept. Manager

# Disciplinary Action

Name: **Edward Meadows**          Job Title: **Laborer**

Address: _____

Person Filing Action: **Ray C. Blair**

Date Action Filed: **1-19-07**

Discipline Type:    Notice ☑    Personnel File ☑    Suspension ☐    Leave Without Pay ☐
                    Re-Assignment ☐    Termination ☐

Reason for Discipline:

**Unexcused Absence on 1-18-07**
**no call in.**   *Come to work*
*Do better than this, you needed a job, we help put you out.*

Page from Employee Handbook to Support Discipline ___**9/C**___

Status form attached?    Yes ☐    No ☑

Additional Comments (Witnesses to Reason for Discipline):

_____
_____
_____

Signature of Recipient _____ Dept. Head _____

Review

Name: _Edward Meadows_____    Title: _____

Name: _____    Title: _Asst Dept Head_

Name: _____    Title: _____

### Note: Form should be kept Confidential!

White - Employee • Canary - Personnel • Pink - Dept. Manager

# Disciplinary Action

Name: Edward Meadows Job Title: LABORER

Address:

Person Filing Action: Ray C. Blair

Date Action Filed:

Discipline Type:    Notice ☑    Personnel File ☑    Suspension ☐    Leave Without Pay ☐
Re-Assignment ☐    Termination ☐

Reason for Discipline:

Unexcused Absence on 1-28-07
no call in.    pt# 2
You are not going to be Rehired, Again

Page from Employee Handbook to Support Discipline 9/C

Status form attached?    Yes ☐    No ☑

Additional Comments (Witnesses to Reason for Discipline):

Signature of Recipient Edward Meadows    Dept. Head

Review

Name:_____    Title:_____

Name:_____    Title:_____

Name:_____    Title:_____

Note:  Form should be kept Confidential!

# Disciplinary Action

Name: **Edward Meadows**    Job Title: **Laborer**

Address: _____

Person Filing Action: **Ray C. Blair**

Date Action Filed: **2-4-07**

Discipline Type:    Notice ☑    Personnel File ☑    Suspension ☐    Leave Without Pay ☐
                    Re-Assignment ☐    Termination ☐

Reason for Discipline:

**Unexcused Absence on 2-3-07**

**# 4 AB -**

Page from Employee Handbook to Support Discipline **9/C**

Status form attached?    Yes ☐    No ☑

Additional Comments (Witnesses to Reason for Discipline):

_____

Signature of Recipient **Edward Meadows** Dept. Head _____

Review

Name:_____    Title:_____

Name:_____    Title:_____

Name:_____    Title:_____

**Note: Form should be kept Confidential!**

White - Employee  •  Canary - Personnel  •  Pink - Dept. Manager

# Disciplinary Action

Name: __Edward Meadows__    Job Title: __Laborer__

Address: _____

Person Filing Action: __Ray C. Blair__

Date Action Filed: __2-16-07__

Discipline Type:    Notice ☑    Personnel File ☑    Suspension ☐    Leave Without Pay ☐
Re-Assignment ☐    Termination ☐

Reason for Discipline:

__Unexcused ABsence on 2-15-07__

__# 5 AB    Read your Rule book — We are not__
__going to Rehire you.__

Page from Employee Handbook to Support Discipline __9/C__

Status form attached?    Yes ☐    No ☑

Additional Comments (Witnesses to Reason for Discipline):

_____
_____
_____

X Signature of Recipient __Edward Meadows__    Dept. Head _____

Review

Name: _____ Title: _____

Name: _____ Title: _____

Name: _____ Title: _____

Note: Form should be kept Confidential!

White - Employee  •  Canary - Personnel  •  Pink - Dept. Manager

# Disciplinary Action

Name: _EDWARD MEADOWS_ _____ Job Title: _LABORER_ _____

Address: _____

Person Filing Action: _JOHN McLENDON_ _____

Date Action Filed: _4-16-2007_ _____

Discipline Type:     Notice ☐    Personnel File ☐    Suspension ☐    Leave Without Pay ☐
                    Re-Assignment ☐    Termination ☐

Reason for Discipline:
_Unexcused Absence      4-15-2007_
_Did Not Come To Work, Did Not Call In_
_#6 AB -_

Page from Employee Handbook to Support Discipline _9/C_ _____

Status form attached?    Yes ☐    No ☑

Additional Comments (Witnesses to Reason for Discipline):
_____
_____
_____

Signature of Recipient _Edward Meadows_ _____ Dept. Head _____

Review

Name: _____ Title: _____

Name: _____ Title: _____

Name: _____ Title: _____

**Note: Form should be kept Confidential!**

White - Employee  •  Canary - Personnel  •  Pink - Dept. Manager

HH #5

# Disciplinary Action

Name: EDWARD MEADOWS  Job Title: LABORER

Address: _____

Person Filing Action: JOHN McLENDON

Date Action Filed: 5-20-2007

Discipline Type:   Notice ☐   Personnel File ☐   Suspension ☐   Leave Without Pay ☐
Re-Assignment ☐   Termination ☐

Reason for Discipline: Unexcused Absence

Called With Car Trouble But Was Coming In.
Did Not Come To Work 5-19-2007

#7

Page from Employee Handbook to Support Discipline  9-C

Status form attached?   Yes ☐   No ☐

Additional Comments (Witnesses to Reason for Discipline): _____
_____
_____

Signature of Recipient Edward Meadows  Dept. Head _____

Review

Name: _____  Title: _____

Name: _____  Title: _____

Name: _____  Title: _____

Note:  Form should be kept Confidential!

White - Employee  •  Canary - Personnel  •  Pink - Dept. Manager

# Disciplinary Action

Name: _EDWARD MEADOWS_ Job Title: _LABORER_

Address: _____

Person Filing Action: _JOHN McLENDON_

Date Action Filed: _6-1-2007_

Discipline Type:    Notice ☐    Personnel File ☐    Suspension ☑    Leave Without Pay ☐
Re-Assignment ☐    Termination ☐

Reason for Discipline: _Leaving Work Without Permission of Supervisor._

_Left Plant To Be Gone 10-15 Min For Phone No. To Parole Officer. Did Not Return. Left At 4:15 P.M._

Page from Employee Handbook to Support Discipline ___18-4___

Status form attached?    Yes ☐    No ☑

Additional Comments (Witnesses to Reason for Discipline): _5 Days Off_
_Return To Work 6-10-2007_

Signature of Recipient _Edward Meadows_    Dept. Head _(JM)_

Review

Name: _____    Title: _HR_

Name: _____    Title: _____

Name: _____    Title: _____

Note: Form should be kept Confidential!

White - Employee  •  Canary - Personnel  •  Pink - Dept. Manager

# Disciplinary Action

Name: **Edward Meadows**        Job Title: **Laborer**

Address: _____

Person Filing Action: **Ray C. Blair**

Date Action Filed: **4-8-06**

Discipline Type:    Notice ☐    Personnel File ☐    Suspension ☐    Leave Without Pay ☐
                    Re-Assignment ☐    Termination ☑

Reason for Discipline:

**For Excessive absenteeism and absent with out notice. Edward have a bad attitude Sometime.**

Page from Employee Handbook to Support Discipline **Page 9 Rule #6 #12**

Status form attached?    Yes ☑    No ☐

Additional Comments (Witnesses to Reason for Discipline): _____

_____

_____

Signature of Recipient *Edward Meadows*        Dept. Head _____

Review

Name: _____        Title: **HR**

Name: _____        Title: _____

Name: _____        Title: _____

Note: Form should be kept Confidential!

# SUPPLEMENTAL
# EXHIBIT  2

# Disciplinary Action

Name: _RANDOLPH  HARLEY_ Job Title: _LABORER_

Address: _____

Person Filing Action: _JOHN  McCLENDON_

Date Action Filed: _7-18-2006_

Discipline Type:     Notice ☑     Personnel File ☐     Suspension ☐     Leave Without Pay ☐
                     Re-Assignment ☐     Termination ☐

Reason for Discipline:
_Unexcused Absence          7-17-2006_
_____
_____
_____
_____

Page from Employee Handbook to Support Discipline _9 C_

Status form attached?     Yes ☐     No ☑

Additional Comments (Witnesses to Reason for Discipline):
_____
_____

Signature of Recipient _Randolph E. Harley_ Dept. Head _John McFaden_

<u>Review</u>

Name: _____     Title: _Dept Head_

Name: _____     Title: _____

Name: _____     Title: _____

**Note: Form should be kept Confidential!**

White - Employee  •  Canary - Personnel  •  Pink - Dept. Manager

# Disciplinary Action

Name: RANDOLPH HARLEY Job Title: _____

Address: _____

Person Filing Action: JOHN MᶜLENDON _____

Date Action Filed: 8-1-2006 _____

Discipline Type:    Notice ☑    Personnel File ☐    Suspension ☐    Leave Without Pay ☐
Re-Assignment ☐    Termination ☐

Reason for Discipline:
Unexcused Absence    7-31-2006
_____
_____
_____
_____
_____

Page from Employee Handbook to Support Discipline 9-C , 8-B

Status form attached?    Yes ☐    No ☑

Additional Comments (Witnesses to Reason for Discipline):
Been Out 7 Days In 3 Months.
5 Unexcused  2 Excused
_____

Signature of Recipient _Randolph E. Harley_ Dept. Head _John McLendon_

Review

Name: _____    Title: _Act. Dept. Head_

Name: _____    Title: _____

Name: _____    Title: _____

Note:  Form should be kept Confidential!

# Disciplinary Action

Name: _RANDOLPH  HARLEY_ Job Title: _____

Address: _____

Person Filing Action: _JOHN  McLENDON_

Date Action Filed: _8-10-2006_

Discipline Type:   Notice ☑  Personnel File ☐  Suspension ☐  Leave Without Pay ☐
                   Re-Assignment ☐  Termination ☐

Reason for Discipline: _____
_Unexcused Absence_
_er to date/this is # 6 PB, From this point you are Head_
_Toward termination._
_See Pg 8 & 9 in Rule book_

Page from Employee Handbook to Support Discipline _9-C_

Status form attached?    Yes ☐    No ☑

Additional Comments (Witnesses to Reason for Discipline):
_____
_____
_____

Signature of Recipient _Randolph E. Harley_ Dept. Head _John McLendon_

Review

Name: _____ Title: _C & P Dept Head_

Name: _____ Title: _____

Name: _____ Title: _____

### Note:  Form should be kept Confidential!

White - Employee  •  Canary - Personnel  •  Pink - Dept. Manager

# Disciplinary Action

Name: _RANDOLPH HARLEY_ Job Title:_____

Address:_____

Person Filing Action: _JOHN McLENDON_____

Date Action Filed: _8-16-2006_____

Discipline Type:    Notice ☐    Personnel File ☒    Suspension ☐    Leave Without Pay ☐
Re-Assignment ☐    Termination ☐

Reason for Discipline:
_Unexcused Absence_
_#2 AB - Written warning ( next time one(1)_
_day Suspension._
_____
_____

Page from Employee Handbook to Support Discipline _9-C_____

Status form attached?    Yes ☐    No ☒

Additional Comments (Witnesses to Reason for Discipline):
_____
_____
_____

Signature of Recipient _Randolph E. Harley_ Dept. Head _John McLendon_

Review

Name:_____ Title: _C/A Dept Head_

Name:_____ Title:_____

Name:_____ Title:_____

### Note: Form should be kept Confidential!

# Disciplinary Action

Name: _Randolph Harley_ Job Title: _____

Address: _____

Person Filing Action: _EF_____

Date Action Filed: _9-1-06_____

Discipline Type:   Notice ❑   Personnel File ☒   Suspension ❑   Leave Without Pay ❑
Re-Assignment ❑   Termination ❑

Reason for Discipline:

_AB Aug 30 & 31 no call_
_But he said he was sick. I gave him_
_the benifit of the dubt,_
_I will not do this again, I have done all_
_I can to keep this mans Job / it is up to him._

Page from Employee Handbook to Support Discipline _Pg 8 & 9_

Status form attached?   Yes ❑   No ❑

Additional Comments (Witnesses to Reason for Discipline):

_____
_____

Signature of Recipient _Randolph C Harley_____ Dept. Head _____

Review

Name: _____ Title: _Ed Dept Head_____

Name: _____ Title: _____

Name: _____ Title: _____

### Note: Form should be kept Confidential!

White - Employee • Canary - Personnel • Pink - Dept. Manager

# Disciplinary Action

Name: _Randolph Harley_    Job Title: _Laborer_

Address: _____

Person Filing Action: _Kelley Gnenon_

Date Action Filed: _9.1.06_

Discipline Type:    Notice ☑    Personnel File ☐    Suspension ☐    Leave Without Pay ☐
Re-Assignment ☐    Termination ☐

Reason for Discipline: _Possession of tobacco._

_First Offense - Verbal Warning._

Page from Employee Handbook to Support Discipline _pg. 17 Rule 9_

Status form attached?    Yes ☐    No ☑

Additional Comments (Witnesses to Reason for Discipline):

_____

_____

Signature of Recipient _Randolph Harley_    Dept. Head _____

Review

Name: _____    Title: _Ito Dept Head_

Name: _____    Title: _____

Name: _____    Title: _____

Note: Form should be kept Confidential!

White - Employee  •  Canary - Personnel  •  Pink - Dept. Manager

# Disciplinary Action

Name: _RANDOLPH HARLEY_ Job Title:_____

Address:_____

Person Filing Action: _JOHN McLENDON_____

Date Action Filed: _9-18-2006_____

Discipline Type:      Notice ☐    Personnel File ☐    Suspension ☐    Leave Without Pay ☐
                     Re-Assignment ☐    Termination ☒

Reason for Discipline: _Tardiness    9-D_____
_____

_14 Day In Month and Half._
_Terminated For Continual Tardiness and_
_absence. Also Smoking in unauthorized area_

Page from Employee Handbook to Support Discipline _9 - D_____

Status form attached?     Yes ☐ ---No ☒

Additional Comments (Witnesses to Reason for Discipline):
_____
_____
_____

Signature of Recipient _Randolph E. Harley_    Dept. Head _John McLendon_

Review

Name: _Sam Kitchens_____    Title: _HR_

Name: _____    Title: _____

Name: _____    Title: _____

### Note:  Form should be kept Confidential!

White - Employee • Canary - Personnel • Pink - Dept. Manager