**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

July 24, 2007

# NOTICE OF CORRECTION

From:   Clerk's Office

Case Style:   McNabb v. Sanders Lead Company, Inc.

Case Number:   2:06cv00664-MHT

**This Notice of Correction was filed in the referenced case this date to attach the PDF documents of supplemental exhibit 1 and supplemental exhibit 2 which were previously omitted.**

**The previously omitted PDF documents are attached to this notice for your review. Reference is made to document # 33   filed on   July 23, 2007.**

# SUPPLEMENTAL EXHIBIT 1

Case 2:06-cv-00664-MHT-SRW    Document 34-2    Filed 07/24/2007    Page 1 of 10

# Disciplinary Action

Name: EDDIE R. MEADOWS _____ Job Title: _____

Address: _____

Person Filing Action: JOHN McLENDON

Date Action Filed: 8-10-2006

Discipline Type:   Notice ☑   Personnel File ☐   Suspension ☐   Leave Without Pay ☐
                   Re-Assignment ☐   Termination ☐

Reason for Discipline:

Unexcused Absence

Only Been Working 2 Weeks. (1 Day Absent)

Page from Employee Handbook to Support Discipline   9-C

Status form attached?   Yes ☐   No ☑

Additional Comments (Witnesses to Reason for Discipline):

_____

Signature of Recipient  *Eddie Meadows*   Dept. Head  *John McLendon*

Review

Name: _____ Title: _____

Name: _____ Title: _____

Name: _____ Title: _____

Note: Form should be kept Confidential!

White - Employee  •  Canary - Personnel  •  Pink - Dept. Manager

# Disciplinary Action

Name: **Edward Meadows**   Job Title: **Laborer**

Address: _____

Person Filing Action: **Ray C. Blair**

Date Action Filed: **1-19-07**

Discipline Type:   Notice ☑   Personnel File ☑   Suspension ☐   Leave Without Pay ☐
Re-Assignment ☐   Termination ☐

Reason for Discipline:

**Unexcused Absence on 1-18-07 no call in. Come to work. Do better than this, you needed a job, we helped you out.**

Page from Employee Handbook to Support Discipline **9/C**

Status form attached?   Yes ☐   No ☑

Additional Comments (Witnesses to Reason for Discipline):
_____
_____
_____

Signature of Recipient _____   Dept. Head _____

Review

Name: **Edward Meadows**   Title: _____

Name: _____   Title: **[signature] Dept Head**

Name: _____   Title: _____

Note: Form should be kept Confidential!

White - Employee • Canary - Personnel • Pink - Dept. Manager

# Disciplinary Action

Name: __Edward Meadows__ Job Title: __Laborer__

Address: _____

Person Filing Action: __Ray C. Blair__

Date Action Filed: _____

Discipline Type:   Notice ☑   Personnel File ☑   Suspension ☐   Leave Without Pay ☐
Re-Assignment ☐   Termination ☐

Reason for Discipline:

__Unexcused Absence on 1-28-07 no call in.__
__RB #2__
__You are not going to be Rehired, Again__

Page from Employee Handbook to Support Discipline __9/C__

Status form attached?   Yes ☐   No ☑

Additional Comments (Witnesses to Reason for Discipline):
_____
_____
_____

Signature of Recipient __Edward Meadows__  Dept. Head __[signature]__

Review

Name: _____ Title: _____

Name: _____ Title: _____

Name: _____ Title: _____

Note: Form should be kept Confidential!

White - Employee • Canary - Personnel • Pink - Dept. Manager

# Disciplinary Action

Name: **Edward Meadows**  Job Title: **Laborer**

Address: _____

Person Filing Action: **Ray C. Blair**

Date Action Filed: **2-4-07**

Discipline Type:  Notice ☑  Personnel File ☑  Suspension ☐  Leave Without Pay ☐
Re-Assignment ☐  Termination ☐

Reason for Discipline:

**Unexcused Absence on 2-3-07**
**#4 AB -**

Page from Employee Handbook to Support Discipline **9/C**

Status form attached?  Yes ☐  No ☑

Additional Comments (Witnesses to Reason for Discipline):
_____

Signature of Recipient **Edward Meadows**  Dept. Head _[signature]_

Review

Name: _____  Title: _____

Name: _____  Title: _____

Name: _____  Title: _____

Note: Form should be kept Confidential!

White - Employee  •  Canary - Personnel  •  Pink - Dept. Manager

## Disciplinary Action

Name: Edward Meadows   Job Title: Laborer

Address: _____

Person Filing Action: Ray C. Blair

Date Action Filed: 2-16-07

Discipline Type:   Notice ☑   Personnel File ☑   Suspension ☐   Leave Without Pay ☐
                   Re-Assignment ☐   Termination ☐

Reason for Discipline:

Unexcused Absence on 2-15-07
#5AB  Read your Rule Book — We are not going to Rehire you.

Page from Employee Handbook to Support Discipline: 9/C

Status form attached?   Yes ☐   No ☑

Additional Comments (Witnesses to Reason for Discipline):
_____
_____
_____

X Signature of Recipient: Edward Meadows   Dept. Head: _____

Review

Name: _____   Title: _____
Name: _____   Title: _____
Name: _____   Title: _____

Note: Form should be kept Confidential!

White - Employee • Canary - Personnel • Pink - Dept. Manager

# Disciplinary Action

Name: __EDWARD MEADOWS__   Job Title: __LABORER__

Address: _____

Person Filing Action: __JOHN McLENDON__

Date Action Filed: __4-16-2007__

Discipline Type:   Notice ☐   Personnel File ☐   Suspension ☐   Leave Without Pay ☐
Re-Assignment ☐   Termination ☐

Reason for Discipline:
__Unexcused Absence   4-15-2007__
__Did Not Come To Work, Did Not Call In__
__#6 PB —__

Page from Employee Handbook to Support Discipline __9/C__

Status form attached?   Yes ☐   No ☑

Additional Comments (Witnesses to Reason for Discipline):
_____
_____
_____

Signature of Recipient __Edward Meadows__     Dept. Head __[signature]__

Review

Name: _____   Title: _____

Name: _____   Title: _____

Name: _____   Title: _____

Note: Form should be kept Confidential!

White - Employee • Canary - Personnel • Pink - Dept. Manager

# Disciplinary Action

Name: **EDWARD MEADOWS**  Job Title: **LABORER**

Address: _____

Person Filing Action: **JOHN McLENDON**

Date Action Filed: **5-20-2007**

Discipline Type:
- Notice ☐
- Personnel File ☐
- Suspension ☐
- Leave Without Pay ☐
- Re-Assignment ☐
- Termination ☐

Reason for Discipline: **Unexcused Absence**

**Called With Car Trouble But Was Coming In.
Did Not Come To Work 5-19-2007**

**#7**

Page from Employee Handbook to Support Discipline **9-C**

Status form attached?  Yes ☐  No ☐

Additional Comments (Witnesses to Reason for Discipline):
_____
_____
_____

Signature of Recipient **Edward Meadows**  Dept. Head ____

Review

Name: _____  Title: _____

Name: _____  Title: _____

Name: _____  Title: _____

Note: Form should be kept Confidential!

White - Employee • Canary - Personnel • Pink - Dept. Manager

# Disciplinary Action

Name: **EDWARD MEADOWS**   Job Title: **LABORER**

Address: _____

Person Filing Action: **JOHN McLENDON**

Date Action Filed: **6-1-2007**

Discipline Type:   Notice ☐   Personnel File ☐   Suspension ☑   Leave Without Pay ☐
Re-Assignment ☐   Termination ☐

Reason for Discipline: **Leaving Work Without Permission of Supervisor.**

**Left Plant To Be Gone 10-15 Min For Phone No. To Parole Officer. Did Not Return. Left At 4:15 P.M.**

Page from Employee Handbook to Support Discipline **18-4**

Status form attached?   Yes ☐   No ☑

Additional Comments (Witnesses to Reason for Discipline):
**Return To Work 6-10-2007     5 Days Off**

Signature of Recipient **Edward Meadows**   Dept. Head _(signed)_

Review

Name: _(signed)_   Title: **HR**

Name: _____   Title: _____

Name: _____   Title: _____

Note: Form should be kept Confidential!

White - Employee • Canary - Personnel • Pink - Dept. Manager

# Disciplinary Action

Name: __Edward Meadows__   Job Title: __Laborer__

Address: _____

Person Filing Action: __Ray C. Blair__

Date Action Filed: __4-8-06__

Discipline Type:  Notice ☐   Personnel File ☐   Suspension ☐   Leave Without Pay ☐
Re-Assignment ☐   Termination ✓

Reason for Discipline:

For Excessive absenteeism and absent without notice. Edward have a bad attitude sometime.

Page from Employee Handbook to Support Discipline __Page 9 Rule #6 & #12__

Status form attached?   Yes ✓   No ☐

Additional Comments (Witnesses to Reason for Discipline):
_____

Signature of Recipient __Edward Meadows__   Dept. Head _____

Review

Name: _[signature]_   Title: __HR__

Name: _[signature]_   Title: _[signature]_

Name: _____   Title: _____

Note: Form should be kept Confidential!

# SUPPLEMENTAL EXHIBIT 2

# Disciplinary Action

Name: RANDOLPH HARLEY    Job Title: LABORER

Address: _____

Person Filing Action: JOHN McLENDON

Date Action Filed: 7-18-2006

Discipline Type:   Notice ☑   Personnel File ☐   Suspension ☐   Leave Without Pay ☐
                   Re-Assignment ☐   Termination ☐

Reason for Discipline:
Unexcused Absence    7-17-2006
_____
_____
_____
_____

Page from Employee Handbook to Support Discipline   9 C

Status form attached?   Yes ☐   No ☑

Additional Comments (Witnesses to Reason for Discipline):
_____
_____
_____

Signature of Recipient _Randolph E. Harley_   Dept. Head _John McLendon_

Review

Name: _____   Title: Dept Head

Name: _____   Title: _____

Name: _____   Title: _____

Note: Form should be kept Confidential!

White - Employee   •   Canary - Personnel   •   Pink - Dept. Manager

# Disciplinary Action

Name: RANDOLPH HARLEY  Job Title: _____

Address: _____

Person Filing Action: JOHN McLENDON

Date Action Filed: 8-1-2006

Discipline Type:    Notice ☑   Personnel File ☐   Suspension ☐   Leave Without Pay ☐
                    Re-Assignment ☐   Termination ☐

Reason for Discipline:
Unexcused Absence   7-31-2006
_____
_____
_____
_____
_____

Page from Employee Handbook to Support Discipline 9-C, 8-B

Status form attached?    Yes ☐    No ☑

Additional Comments (Witnesses to Reason for Discipline):
Been Out 7 Days In 3 Months.
5 Unexcused   2 Excused
_____

Signature of Recipient _Randolph E. Harley_ Dept. Head _John McLendon_

Review

Name: _____  Title: EDP Dept Head

Name: _____  Title: _____

Name: _____  Title: _____

Note: Form should be kept Confidential!

White - Employee • Canary - Personnel • Pink - Dept. Manager

# Disciplinary Action

Name: RANDOLPH HARLEY   Job Title: _____

Address: _____

Person Filing Action: JOHN McLENDON

Date Action Filed: 8-10-2006

Discipline Type:
- Notice ☑
- Personnel File ☐
- Suspension ☐
- Leave Without Pay ☐
- Re-Assignment ☐
- Termination ☐

Reason for Discipline: Unexcused Absence

to date / this is #6 AB, from this point you are Heads toward termination. See pg 8 & 9 in Rule book

Page from Employee Handbook to Support Discipline  9-C

Status form attached?   Yes ☐   No ☑

Additional Comments (Witnesses to Reason for Discipline):
_____

Signature of Recipient: Randolph E. Harley    Dept. Head: John McLendon

## Review

Name: _____   Title: L+S Dept Head

Name: _____   Title: _____

Name: _____   Title: _____

**Note: Form should be kept Confidential!**

White - Employee • Canary - Personnel • Pink - Dept. Manager

# Disciplinary Action

Name: RANDOLPH HARLEY    Job Title: _____

Address: _____

Person Filing Action: JOHN McLENDON

Date Action Filed: 8-16-2006

Discipline Type:
- Notice ☐
- Personnel File ☒
- Suspension ☐
- Leave Without Pay ☐
- Re-Assignment ☐
- Termination ☐

Reason for Discipline: Unexcused Absence

#2 AB - Written warning / next time one (1) day suspension.

Page from Employee Handbook to Support Discipline: 9-C

Status form attached?   Yes ☐   No ☒

Additional Comments (Witnesses to Reason for Discipline):
_____

Signature of Recipient: Randolph E. Harley   Dept. Head: John McLendon

Review

Name: _____   Title: CVA Dept Head

Name: _____   Title: _____

Name: _____   Title: _____

Note: Form should be kept Confidential!

White - Employee • Canary - Personnel • Pink - Dept. Manager

# Disciplinary Action

Name: Randolph Harley    Job Title: _____

Address: _____

Person Filing Action: EF

Date Action Filed: 9-1-06

Discipline Type:
- Notice ☐
- Personnel File ☒
- Suspension ☐
- Leave Without Pay ☐
- Re-Assignment ☐
- Termination ☐

Reason for Discipline: AB Aug 30 & 31 no call. But he said he was sick, I gave him the benefit of the doubt. I will not do this again, I have done all I can to keep this mans job, it is up to him.

Page from Employee Handbook to Support Discipline: Pg 8 & 9

Status form attached?   Yes ☐   No ☐

Additional Comments (Witnesses to Reason for Discipline):
_____

Signature of Recipient: Randolph Harley    Dept. Head: EF

Review

Name: _____    Title: Asst Dept Head

Name: _____    Title: _____

Name: _____    Title: _____

Note: Form should be kept Confidential!

White - Employee • Canary - Personnel • Pink - Dept. Manager

# Disciplinary Action

Name: Randolph Harley     Job Title: Laborer

Address: _____

Person Filing Action: Kelley Gnenon

Date Action Filed: 9.1.06

Discipline Type:  Notice ☑  Personnel File ☐  Suspension ☐  Leave Without Pay ☐
                  Re-Assignment ☐  Termination ☐

Reason for Discipline: Possession of tobacco.

First Offense - Verbal Warning.

Page from Employee Handbook to Support Discipline  pg. 17 Rule 9

Status form attached?   Yes ☐   No ☑

Additional Comments (Witnesses to Reason for Discipline):
_____

Signature of Recipient  Randolph Harley     Dept. Head  [signature]

Review

Name: [signature]     Title: 1st Dept Head

Name: _____    Title: _____

Name: _____    Title: _____

Note: Form should be kept Confidential!

White - Employee  •  Canary - Personnel  •  Pink - Dept. Manager

# Disciplinary Action

Name: **RANDOLPH HARLEY** Job Title: _____

Address: _____

Person Filing Action: **JOHN McLENDON**

Date Action Filed: **9-18-2006**

Discipline Type:  Notice ☐   Personnel File ☐   Suspension ☐   Leave Without Pay ☐
Re-Assignment ☐   Termination ☒

Reason for Discipline: **Tardiness    9-D**

**14 Day In Month and Half.
Terminated for continual tardiness and
absence. Also smoking in unauthorized area**

Page from Employee Handbook to Support Discipline **9-D**

Status form attached?   Yes ☐   No ☒

Additional Comments (Witnesses to Reason for Discipline):
_____

Signature of Recipient _Randolph E. Harley_   Dept. Head _John McLendon_

Review

Name: _Sam [signature]_   Title: _HR_

Name: _____   Title: _____

Name: _____   Title: _____

Note: Form should be kept Confidential!

White - Employee • Canary - Personnel • Pink - Dept. Manager