IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| MAXIE McNABB, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:06cv664-MHT |
| ) | |
| SANDERS LEAD COMPANY, INC., ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Because of a scheduling conflict, it is ORDERED the uniform scheduling order (Doc. No. 7) is modified in the following respects:

(1) The pretrial is reset for October 18, 2007, at 9:15 a.m., and the trial is reset for the term of court beginning on November 26, 2007, with all deadlines expressly tied to these two dates adjusted accordingly.

(2) All other deadlines are unchanged.

DONE, this the 15th day of August, 2007.

                          /s/ Myron H. Thompson
                          UNITED STATES DISTRICT JUDGE