IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| MAXIE McNABB, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:06cv664-MHT |
| ) | |
| SANDERS LEAD COMPANY, INC., ) | |
| ) | |
| Defendant. ) | |

### ORDER

It is ORDERED that the motion to strike and alternative motion to allow sur-reply (Doc. No. 37) are set for submission, without oral argument, on September 18, 2007, with all briefs due by said date.

DONE, this the 11th day of September, 2007.

                           /s/ Myron H. Thompson
                           UNITED STATES DISTRICT JUDGE