IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| MAXIE McNABB,            )<br>                          )<br>    Plaintiff,          )<br>                          )        CIVIL ACTION NO.<br>    v.                    )         2:06cv664-MHT<br>                          )<br>SANDERS LEAD COMPANY, INC.,)<br>                          )<br>    Defendant.            ) | |

## ORDER

It is ORDERED that the motion strike (Doc. No. 37) is denied as moot.

DONE, this the 18th day of October, 2007.

                                 /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE