# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **MAXIE MCNABB,** )<br>)<br>   **Plaintiff** )<br> ) **CIVIL ACTION NO:**<br> ) **2:06-0664-MHT**<br>**v.** )<br> )<br>**SANDERS LEAD COMPANY, INC.** )<br> )<br>   **Defendant.** ) | |

## NOTICE OF APPEARANCE

Comes Now, Lee Winston and gives his notice of appearance in behalf of the plaintiff, Maxie McNabb.

>                           Respectfully submitted,
>
>                           /s/Lee Winston
>                           Attorney for the Plaintiff

**OF COUNSEL:**
WINSTON COOKS, LLC
The Penick Building
319-17th Street North
Birmingham, AL 35203
Tel:  (205)502-0970
Fax: (205)251-0231
email: lwinston@winstoncooks.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the foregoing document on all persons listed below by CMF/Electronic Mail:

Matthew M. Baker, Esq.
Cervera, Ralph & Reeves, LLC
P.O. Box 325
914 South Brundidge Street
Troy, Alabama 36081
(334) 566-0116

      Done this the 18th day of October, 2007.

                                                      s/Lee Winston