# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| **MAXIE MCNABB,** | ) | |
| | ) | |
| **Plaintiff** | ) | **CIVIL ACTION NO:** |
| | ) | **2:06-0664-MHT** |
| v. | ) | |
| | ) | |
| **SANDERS LEAD COMPANY, INC.** | ) | |
| | ) | |
| **Defendant.** | ) | |

## PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS

1. Do any of you know the Plaintiff in this case: **Maxie McNabb**

2. Do any of you know any employees of the Defendant in this case: **Sanders Lead Company, Inc.**

3. Do any of you know any of the following people who may be witnesses in this case: **Anne Baker, Joe Owens, Sam Kitchens, Leon Bennett, Ricky Brewer, Edgar Fannin, Bart Sanders, Nicholas O'Brian Williams, Randolph E. Harley, III, Robert E. Brundidge, Jr., Bobby Taylor Streeter, Timothy Rayborn, Anthony L. Duncan, and Edward Meadows**

4. Have any of you, or any member of your family, ever been an employee of the defendant in this case: **Sanders Lead Company, Inc.**

5. Have any of you ever had a position with a company which gave you the authority to hire, promote/reclassify, suspend, terminate or make other personnel decisions?

6. Have any of you ever owned your own business?

7. Have any of you ever operated a business for someone else?

8. Have any of you ever worked for a personnel department of any company?

9. Have you ever resigned from a job?

10. Have you ever been terminated or laid off from a job?

11. Have you ever been suspended from a job?

12. Are there any organizations (other than religious) in which you or your spouse are due paying members?

13. Does anyone believe that discrimination claims in general are untrue or blown out of proportion?

14. Does anyone think that the lawmakers have gone too far in making laws to regulate how people are treated at work based on their age?

15. Does anyone here have feelings or thoughts against giving people financial compensation for injuries that they suffered?

16. Does anyone here have feelings or thoughts against giving people

       financial compensation for emotional and psychological trauma they have suffered?

17. Is there anyone here who, if the evidence so warrants, will have difficulty awarding money damages against the Defendant: **Sanders Lead Company, Inc.**

18. Have you personally met the lawyers for the Defendant or anyone else you may believe to be associated with them?

19. Is there anyone here who for any reason (religious, philosophical, etc.) does not feel that he or she can sit and decide or "judge," this case without prejudice toward the Plaintiff or his attorneys?

20. Do you believe that there are jobs people over 50 cannot or should not do?

21. Have any of you ever been involved in a charge of discrimination that was made at your place of employment or filed against your employer with the Equal Employment Opportunity Commission?

22. Have any of you ever been accused of discrimination against an employee at your place of work under any circumstances?

23. Is there anyone here who believes he or she will feel uncomfortable sitting on this case because it is a age discrimination and retaliation

case?

24. Have you or any member of your family ever been a Defendant in a lawsuit, if so, what was the outcome of the case?

25. Have you or any of your close friends or family ever responded to a Charge of Discrimination or provided an agency with information in connection with a Charge?

26. To each individual juror: What are the two most important issues to you in your life?

27. To each individual juror: What are the two most serious problems facing our society today?

28. Do you believe that Congress has gone too far in protecting individuals at work for opposing discrimination?

                                      Respectfully submitted,

                                      /s/Roderick T. Cooks
                                      Roderick T. Cooks
                                        Lee Winston
                                        Counsel for Plaintiff

**OF COUNSEL:**
WINSTON COOKS, LLC
The Penick Building
319-17th Street North
Birmingham, AL 35203
Tel:  (205)502-0970
Fax: (205)251-0231
email: rcooks@winstoncooks.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document on all persons listed below by CMF/Electronic Mail and/or U. S. Mail, postage prepaid and addressed to them as follows:

Matthew M. Baker, Esq.
Cervera, Ralph & Reeves, LLC
P.O. Box 325
914 South Brundidge Street
Troy, Alabama 36081
(334) 566-0116

Done this the 13th  day of November, 2007.

/s/Roderick T. Cooks
Of Counsel